RECEIVED
SDNY PRO SE OFFICE
2024 JUN 20  AM 10: 04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Murray as Leviticus Lester

_____
Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

City of New York
John Doe C.O.s Jane Doe C.O.s
John Doe Deputy
John Does Capts

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes   ☑ No

juged

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/20/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Robert _____ Lee _____ Murray
First Name — Middle Initial — Last Name

Leviticus Bofmet Lucfer
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

990-23-00038
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

WEST FAC.
Current Place of Detention

16-06 Hazen ST
Institutional Address

E. Elmhurst _____ NY _____ 11370
County, City — State — Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

P

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:
John / Doe / 
First Name / Last Name / Shield #

C.O'S
Current Job Title (or other identifying information)

09-09 Hazen ~~Ave~~ GRVC, WESTFAC.
Current Work Address

E. Elmhurst / NY / 11370
County, City / State / Zip Code

Defendant 2:
John / Doe /
First Name / Last Name / Shield #

Capt's
Current Job Title (or other identifying information)

09-09 Hazen St GRVC, WESTFAC.
Current Work Address

E. Elmhurst / NY / 11370
County, City / State / Zip Code

Defendant 3:
Jane / Doe /
First Name / Last Name / Shield #

C.O'S
Current Job Title (or other identifying information)

09-09 Hazen St GRVC, WESTFAC.
Current Work Address

E. Elmhurst / NY / 11370
County, City / State / Zip Code

Defendant 4:
John / Doe /
First Name / Last Name / Shield #

Deputy's
Current Job Title (or other identifying information)

09-09 Hazen St GRVC, WESTFAC.
Current Work Address

E. Elmhurst / NY / 11370
County, City / State / Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: (AMKC) (VCBC) (WEST Facility)

Date(s) of occurrence: (April 26, 2023) (April 27, 2023) (April 28, 2023

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On or about wednesday, April 26, 2023 I Robert Morray was threatend By a C.O John Doe I Told him To Call his supervisor when The Supervisor came I was seted on The Floor To show I was No threate I Told The capt John Doe I was threatend By The co Then when They ingaged with pepper spray and Sprayed me as I was on The Floor I have a chronic case of neuropathy So I could Not get up Because I injerd my Legs I was sprayed 2 time on The Floor By The captin This happen in 6uper in (AMKC C95)

Page

Claim (2) At some time between 2:30am and 5:00am on the morning of Thursday, April 27, 2023 a group of approximately 5-6 masked COs with shields opened the cell in 6uper and assaulted me and pepper sprayed me as I was laying on the floor of the cell. At this point I was unable to walk so the officers placed me in a wheelchair and tranported me to Hart's Island cas to see a psych Doctor They Trid to get her to send me to a "MO" House I Told her I was not psychiatricly ill She Told Them to send me Back to 6uper

Claim (3) ThaY Tuke me to the Receiveing Room area and put me on the Floor I was There for at Lest 6-8 Hr. Then masked C.O came in the cell and put me in a wheelchair and Transported me to (VCBC) and from there, transported via ambulance to Lincoln Hospital The doctor at Lincoln Hospital recommended that I Be given a wheelchair Du to my condition and the swelling in my legs The Doctor Told D.OC to provide me with a wheelchair April 28, 2023 was The Date

Claim(4) Then on April, 28, 2023 I was Transported Back TO Rikers and I was Supose To go To N.I.C medical UNit But The Bus Tuke me To West Facility I Told The Driver whats going on I was on The Bus all I know is CO with masked and Sticks come on The Bus dragged me OFF with Shields and Tuke me TO a cell The officers proceeded to assault me and Cut up my arms The cell had No running water and The Toilet was clogged with urine and Feces They Lock me in The cell I was asketing for help But No medical was provided

Claim(5) For two days from April 28, 2023 Through April 30, 2023 the are 2 Door in The cell The my Door close They wood place Food on The counter and wood NO open my Door To get it I was simply left with out Food or water in a medical attention Unit May 6, 2023 I was found unresponsive in The cell I had No heart Beat I was rushed To Elmhurst Hospital and Then Tranferd TO Bellevue Hospital where I was Treated

Claim (6) D.O.C STAFF Tried TO make it Look like a O.D. Suaside Because to avoid lieibility and TO stop me From I Denifieing The C.O,S That Rape me in 2020

Claim (7) Iv Ben In westFAc. Sence march Being held against my will in a cell 23Hr a Day in retaliation For Filling LawSuits under BOX Statis

D.O.C Staff Tried to Make it look like an O.D suicide to avoid liability and to stop me from identifying the CO's that raped me in 2020,

They put me back in W.F Although I had a T.R.O against them I was locked in 23 hours a day an attempt to put glass in my food was also an issue the put me in west faulty from March of 2024 to the beginning of June 2024

666
Leviticus
Book of Laws

Leviticus BaPHeMeT Lucifer
Son of HaShem

BaPHeMeT Power

Lucifer Prince

| A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 | 54 | 60 | 66 | 72 | 78 | 84 |

| O | P | Q | R | S | T | U | V | W | X | Y | Z |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 90 | 96 | 102 | 108 | 114 | 120 | 126 | 132 | 138 | 144 | 150 | 156 |

When human being began to increase in number on earth The son's of The Gods seen That daughters of man was Beautiful and came Down to earth and Took Vessel's and consive Children GoD presides in The great assembly he renders judgement among The GoD's " N-84 Apollo computer chip in Right hand of all humans

```
    E - 30
    M - 38
    J - 72 P-96
    C - 18
    O - 90
    T - 120
    E - 30
    R - 108
      666
```

```
    W - 30
    I - 50
    O - 90
    R - 108
    K - 66
     666
```

The WOKE

of my
PEOPLE

666 years

To The women?
I Love' TRISH
and Friendship; Goldberg
The - V-iew

1900's

(R)

<u>King JAMES had 3000 Slaves</u>

When The united kingdom went in TO Afirca in The year 1400s Thay was inform By Rome To go in TO Afirca and make The original man The True Children of Israel and make Them slaves and Take There fortunes out of Afirca with Them, you see my people, christianity was The Law of The Rome empire Before Jesus once The ▬▬▬▬ Romen emperor Constatine seen That Jesus Name held power amongst The people Thay use Jesus Name To cover up it Filthy religon called christianity — Chiristianity was when Julis ceaser would line up young Boys up in front of him and pick The once he wanted TO Sleep with him his Bed That's why when Thay Tried To give Jesus a coin with ceaser head on it Jesus sed go give Bathe ceaser what Belong To ceaser. When The Romens seen That Jesus Name held power after The Romens Crusified The King of The jews Thay went on The crusades of christianity wich was The Crusades of children Because The Romens was Taking The artifact of The holy lands and at The same time Raping Little Boys while Doing it. and putting The artifact in a ——
"VAULt ▬▬▬ Called The vaticain From: LEviticus BoFMET Lucfer
Ⓡ 2028

# AFTER VISIT SUMMARY

**NYC HEALTH+ HOSPITALS | Bellevue**

**Robert Murray**  MRN: 1140081        12/8/2023   Bellevue ED ADULT 212-562-4141

## Instructions

You need to have a wheel chair because of our neuropathy. You should also receive all medications listed:

The gabapentin dose is 600 mg twice daily plus 900 mg nightly.

### Current Outpatient Medications

| Medication | Instructions |
| --- | --- |
| bictegravir-emtricitab-tenofov (BIKTARVY) 50-200-25 MG per tablet | 1 tablet, Oral, Daily |
| divalproex (DEPAKOTE) | 500 mg, Oral, 2 times daily |
| gabapentin (NEURONTIN) | 900 mg, Oral, Nightly, 600 mg twice daily and 900 mg nightly |
| Gabapentin (NEURONTIN) | 600 mg, Oral, 2 times daily, 600 mg twice daily and 900 mg nightly |
| haloperidol (HALDOL) | 5 mg, Oral, 2 times daily |
| lidocaine (LMX) 4 % cream | 1 Application, Topical, As needed |



**Call Patient Does Not Have A Pcp**
Specialty: Internal Medicine
Contact: 55 Water Street
         New York NY 10041



**Call Bellevue Neurology**
Specialty: Neurology
Contact: 462 1st Ave
         New York New York 10016
         844-692-4692
         Ambulatory Building
         1st floor Desk 1B

*9902300038*

## Today's Visit

You were seen by Dr. R White, MD and Dr. J Avigan, MD

**Reason for Visit**
Leg Pain

**Diagnosis**
Neuropathy

### Medications Given
gabapentin (NEURONTIN) Last given 12/8/2023 2:33 AM

Robert Murray (MRN: 1140081) • Printed at 12/8/2023 4:19 AM                              Page 1 of 7  **Epi**

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Legs and Lower Back

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

Whatever the court see just and proper

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated: May 16, 2023 | Plaintiff's Signature |
|---|---|

| First Name: Robert | Middle Initial: | Last Name: Lee |

Prison Address: 16-06 Hazen St. West Fac. O

| County, City: E. Elmhurst | State: NY | Zip Code: 11370 |

Date on which I am delivering this complaint to prison authorities for mailing: May 16 2023

Page 6