UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT LEE MURRAY,

                Plaintiff,

-against-

CITY OF NEW YORK, et al,

                Defendants.

Case No. 1:24-cv-04918 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      The Court is in receipt of the letter filed at Dkt. 17 by non-party Cynthia Turnipseed. This action is presently stayed pending determination of Defendants' motion to revoke Plaintiff's in forma pauperis status. Dkt. 16. Plaintiff's opposition to that motion is presently due by December 4, 2024. *Id.* The Court has received no submission from Plaintiff regarding his ability to complete briefing on the motion, and expects that Plaintiff will meet his deadline.

Dated: October 22, 2024
       New York, New York

                                    SO ORDERED.

                                    *Jennifer Rochon*
                                    JENNIFER L. ROCHON
                                    United States District Judge