UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT LEE MURRAY,

                Plaintiff,

-against-

CITY OF NEW YORK et al.,

                Defendants.

Case No. 1:24-cv-04918 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      The Court is in receipt of the letter filed at Dkt. 23 by counsel for the City of New York regarding Plaintiff's updated mailing address. The Court has been informed that Plaintiff currently is housed at the following address:

> Robert Lee Murray
> B&C: 9902300038
> West Facility
> 16-06 Hazen Street
> East Elmhurst, NY 11370

The Clerk of Court respectfully is directed to mail this Order to Plaintiff at the address supplied herein and update the ECF docket accordingly.

Dated: November 7, 2024
       New York, New York

                        SO ORDERED.

                        *Jennifer Rochon*
                        JENNIFER L. ROCHON
                        United States District Judge