UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT LEE MURRAY,

                  Plaintiff,

-against-

CITY OF NEW YORK et al.,

                  Defendants.

Case No. 1:24-cv-04918 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    On December 16, 2024, the Court ordered the parties to file both a joint letter and a proposed Civil Case Management Plan and Scheduling Order no later than seven calendar days before the parties' January 22, 2025 Initial Pretrial Conference. *See* Dkt. 31 at 2. That deadline has passed, and the parties have not filed the materials required by the Court.

    The parties shall comply forthwith with the Court's Order.

    The Clerk of Court is respectfully directed to mail this Order to Plaintiff and his agent at the addresses supplied herein.

Dated: January 16, 2025
       New York, New York

                                      SO ORDERED.

                                      JENNIFER L. ROCHON
                                      United States District Judge

Mail To:
Robert Lee Murray
B&C: 9902300038
Bellevue Hospital
462 1st Ave 19 West
New York, NY 10016

Cynthia Turnipseed (Agent)
758 Pelham Pkwy South Apt. 4F
Bronx, NY 10462