UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT LEE MURRAY,

                Plaintiff,

-against-

CITY OF NEW YORK et al.,

                Defendants.

Case No. 1:24-cv-04918 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    The Clerk of Court is respectfully requested to update Plaintiff's mailing address to reflect the following:

    Robert Lee Murray
    B&C: 9902300038
    North Infirmary Command
    15-00 Hazen Street
    East Elmhurst, NY 11370

    A copy of this Order shall be mailed to Plaintiff and his agent at the addresses supplied herein.

Dated: January 22, 2025
       New York, New York

                                SO ORDERED.

                                *Jennifer Rochon*
                                JENNIFER L. ROCHON
                                United States District Judge

Mail To:
Robert Lee Murray
B&C: 9902300038
North Infirmary Command
15-00 Hazen Street
East Elmhurst, NY 11370

Cynthia Turnipseed (Agent)
758 Pelham Pkwy South Apt. 4F
Bronx, NY 10462