UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT LEE MURRAY,<br><br>                         Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK et al.,<br><br>                         Defendants. | Case No. 1:24-cv-04918 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

As discussed at the parties' January 22, 2025, initial pretrial conference, it is hereby ORDERED that the City shall submit a revised case-management plan no later than **January 27, 2025**, and submit its full response to the Court's *Valentin* Order, Dkt. 7, no later than **February 10, 2025**.

It is further ORDERED that all Defendants shall answer or otherwise respond to the Complaint no later than **April 9, 2025.**

By separate Order to be entered today, the Court is referring the matter to the assigned Magistrate Judge for general pretrial purposes.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff and his agent at the addresses supplied herein.

Dated: January 22, 2025
       New York, New York

                                                      SO ORDERED.

                                                      JENNIFER L. ROCHON
                                                      United States District Judge

Mail To:
Robert Lee Murray
B&C: 9902300038
North Infirmary Command
15-00 Hazen Street
East Elmhurst, NY 11370

Cynthia Turnipseed (Agent)
758 Pelham Pkwy South Apt. 4F
Bronx, NY 10462