**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

ROBERT LEE MURRAY,

                    Plaintiff,         24-CV-4918 (JLR) (OTW)

       -against-         **ORDER**

CITY OF NEW YORK, et al.,

                    Defendants.

---------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

      The Court is in receipt of ECF 38.

      Defendant City of New York's request to extend the deadline to complete their *Valentin* response is **GRANTED**. The City shall submit its full response to the Court's *Valentin* Order no later than **March 14, 2025**.

      **SO ORDERED.**

                                                    *s/ Ona T. Wang*

Dated: February 21, 2025                            **Ona T. Wang**
       New York, New York                  United States Magistrate Judge