*Revised: March 8, 2018*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
Robert Lee Murray

      Plaintiff(s),    No. 24 -cv- 4918 (JLR) (OTW)

   -against-

City of New York, et al.,

      Defendant(s).

------------------------------------------------------------x

## CASE MANAGEMENT PLAN FOR *PRO SE* CASE

1. **Summary of Claims, Defenses, and Relevant Issues.**

   Plaintiff/**Defendant** (circle one)

   Plaintiff, an incarcerated individual at Rikers Island, advances multiple claims of constitutional violations pursuant to 42 U.S.C. § 1983, arising from a series of incidents occurring between April 26 and May 6, 2023. The claims present questions regarding use of force, deliberate indifference to medical needs, and conditions of confinement.

2. **I understand my obligation to preserve – and am preserving – relevant information.**

   Plaintiff/**Defendant** (circle one)

3. **Proposed Schedule.**

   All discovery should be completed by **October 13, 2025**

   a. <u>Depositions</u>: Depositions shall be completed by **October 13, 2025**

   b. Neither party may take more than **10** depositions. Absent an agreement between the parties or an order from the Court, non-party depositions shall follow initial party depositions.

   c. Initial Requests for Documents must be made by **May 19, 2025**.

   d. Responses to Requests for Documents must be made by **July 18, 2025**.

  e.  Documents from third-parties (such as doctors) will/will not (circle one) be required. If required, the following are the third-parties from whom Documents will be requested.

    Department of Correction; Correctional Health Services; NYC H+H
    _____
    _____
    _____

  f.  Subpoenas requesting Documents from third-parties must be served by August 22, 2025. Documents obtained from third-parties must be provided to all parties in this matter.

  g.  There will/will not (circle one) be expert testimony in this case. If expert testimony will be needed, please describe the topic on which the expert(s) is expected to testify:
    Expert testimony may be required on DOC procedures; an expert may be required on Plaintiff's medical history

4. **Early Settlement or Resolution.**

The parties have/have not (circle one) discussed the possibility of settlement. The parties request a settlement conference by no later than _____. The following information is needed before settlement can be discussed:
The parties' positions are very far apart, and as such the parties do not believe further settlement talks would be fruitful at this time.

5. **Other Matters.**

Plaintiff(s)/Defendant(s) (circle one) wish to discuss the following additional matters at the Initial Case Management Conference.
_____
_____
_____
_____

2

3

Respectfully submitted this  27  day of  January

Joseph Zangrilli

Name

100 Church Street, New York, NY 10007

Address

(212) 356-2670

Phone number

jzangril@law.nyc.gov

Email

City of New York

Party representing (if applicable)

Defendants are directed to serve a copy of this Order on Plaintiff and file proof of service on the docket by **March 7, 2025.**

**SO ORDERED.**

_____
Ona T. Wang
U.S.M.J. 2/26/2025

3