# CERTIFICATE OF SERVICE BY MAIL

      I, Joseph Zangrilli, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on March 5, 2025, I served a copy of the annexed:

- COURT'S SCHEDULING ORDER DATED FEBRUARY 21, 2025 (ECF NO. 39)

upon Robert Lee Murray, the plaintiff in the matter, <u>Murray v. City of New York, et al.</u>, 24 Civ. 4918 (JLR) (OTW) and by depositing a copy of same, enclosed in a certified mail, postpaid, properly addressed envelope in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to the defendant at the addresses listed below, the former being the address designated by defendant for that purpose:[1]

>Robert Lee Murray
>9902300038
>North Infirmary Command
>15-00 Hazen Street
>East Elmhurst, NY 11370
>
>Robert Lee Murray
>9902300038
>George R. Vierno Center
>09-09 Hazen Street
>East Elmhurst, NY 11370

Dated:    New York, NY
             March 5, 2025

                                          Respectfully submitted,

                                          *Joseph Zangrilli* /s/
                                          Joseph Zangrilli
                                          *Senior Counsel*
                                          Special Federal Litigation Division

---

[1] Defendant notes that, while the docket reflects that Plaintiff is housed at North Infirmary Command, the New York City Department of Correction's Person in Custody lookup states that he was moved to the George R. Vierno Center on February 12, 2025.