3-8-25

TO: ONA T. WANG, United States Magistrate Judge
(SDNY)
500 Pearl Street
NEW York, N.Y. 10007

RECEIVED
MAR 14 2025
PRO SE OFFICE

Case: 24 CV 4918 (JLR) (Otw)
Murray - Leviticus Lucfer v City of Newyork
Dear Hon.

I am plaintiff and I write to The court
for a Stay of my case The Defendants are
retaliating against me By Take my wheelchair
Im in GRVC 13B OMH Unit the officers That
work The Unit is Telling medical That I Need
the chair Back DO TO The Swelling and pain
in my Leg, The Dissibility cordinater Ms Miller
is Telling medical To give Back The chair and
Elmhurst Hospital Told CHS That The chair
Should Not have Ben Taken and The refuse
To give Back The Chair. I have a medical
condition That regiur me To have it
        Thank For your Time in This matter

letter motion                From: Robet murray
with papers                  AKA Leviticus Lucfer
                               BC 99023 00038
Im The WOKE

#1

# The WOKE

I wepharaoh is TO increas more history
TO my people

The common theme in KůMETean mythology was Stolen
By Greece and ancient Rome. Alexander in 332 BCE
biggest impact on my people culture on earth. KůMET was rule
for about 300 years By The Greeks. Then The Romans
incorporated KůMETean mythology. USesing The Book of
Ther Father Yacob. Thay know That in Order To Still
The Black man wich is Gods and The Hebrews way
of life. Ther would haft TO Be a cultural Transformation
That when The introduction of a major New religious
philosophies that had a radical way of life. it was
called christianity. This monotheistic religion shunned The
ancient KůMETean gods along with ther priests, you see
it was Not jest The Greeks and Roman's That Stole ace
way of life and Turned The Tabel of mythology on
my people it was also The Arab as well.

The Name of KůMET was Chang to Egypt
The Name of Alkubulin was Chang to Africa

The Arab - Romans - Greeks - French - British

Stole The Black man's Land and way of life
Rome in 1488 pope Told The British The Nigro lands
has more richs Then The Universe can hold go
To Alkubulin and Bring out The Children of Israel
Shames with all Ther Forbunes and Make Them
Slaves let me give you a Beter UNderstanding

TO: HON. JUGdE ONA T. WANG
Lucifer Inc. 2025

#2

you call King Solomon wife The Queen of Sheba
that is Not Who She is. She is The Queen of Ethiopia
is who She is She came TO King Solomon with
Gift's of Gold got pregnant and whent Back TO
Ethiopia she had a son when he Became King
of Ethiopia he DeClerd in Ethiopia a Hebrew county
and Called it Israel The British Queen Victorya
on The oders of Rome with all The Europein Nation
came in TO Israel and wage war against are people
for The resources of are Land kill 10s of millons of
are people and Bring us out in chanes as Slaves
The resources of The land Built The world Banks
and all The Europein Nation's and The Icber of
are people Built country's like The USA and
are Gold as well we are Not jewish That's Ther
Idenity jewish-Scotish-British-Terkish-polish
Foolish- we are Hebrew's  all have Bsn Stolen
From you. They clen out all The Tombs of your
Gods From The land of KUMET. when hitler was
killing The Europein Jew's Thay Told hitler Why are
you try To kill The children of Israel hitler sed
Thay are Not The children of Israel you have
The children of Israel inslaved in The Europein land
and when They wake up you are in Trubel
The Book of Law's can't lie To The people

From: LEViTicus BofMET Lucfer
         Son Of Hashem

         6l6l6  △̈  ✡

                              2025
         Lucfer Inc.

#3

The way Yacub people Stole are Identity and are history and mad it Ther's are we was inslaved. The Slave master would put The men in The Filed and put The Negro Slave women in The house and The white women would Tell The Negro Slave Women To Tend To her Children. what would a Hebrew Slave women is going To Do with a chiled Teech The Chiled all She know's and Then when The Slave women had a baby Thay would Take The BaBy to a plantation were No one spoke are tongue or language. Roman's DiD it as baby's with christianity. that photo of That white Jesus paintid By one of The pope painters and shown To The Black slave's as BaBys Thay would Belive That white was superior To Black. and Ther mythology work, you see Hashem did Not make white - Black - Brown or yellow he created one race on earth and That is The human race. what you see around you was Dun By Yacub. The Books like The Toran The QURAN and HOLY BIBLE can Not Be Taken on face Value, walk in The path of righteousness and in my likeness you are a Hebrew God on earth. Hashem Told Abraham Ingoing To make your seed as plentiful as The dust of The earth. if the grains of dust on earth can be numbered Than your descendants can also be numbered. you will Be Called The Father of meny nation's. The Slave Trade put you in evrey Nation on earth. Hashem Promise has come To pass/True

The WOKE

6 6 6
Book of Laws    LEVi + iCUS BOFMET LUCfer    ® Prince ☆
Power "A"    2025
Son of Hashem

LUCfer Inc.



500 Pearl Street
New York N.Y. 10007
29CV4918 District Judge Rocman

USM SDNY P3

son is prince