UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

ROBERT LEE MURRAY,

                                     Plaintiff,           **NOTICE OF MOTION**

                  -against-

                                                 24 Civ. 4918 (JLR) (OTW)

CITY OF NEW YORK, et al.,

                                  Defendants.
----------------------------------------------------------------------x

         **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated May 23, 2025, defendant City of New York will move before the Honorable Jennifer L. Rochon, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing plaintiff's Complaint against the City of New York for failure to state a claim upon which relief can be granted, together with such other and further relief as this Court deems just and proper.

                                    [REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

PLEASE TAKE FURTHER NOTICE that, pursuant to § 4(A) of this Court's Individual Civil Rules for Pro Se Cases and Federal Rule of Civil Procedure 6(d), opposition papers, if any, are to be served by June 23, 2025; and

PLEASE TAKE FURTHER NOTICE that, pursuant to § 4(A) of this Court's Individual Civil Rules for Pro Se Cases and Federal Rule of Civil Procedure 6(d), reply papers, if any, are to be served by July 7, 2025.

Dated:     New York, NY
           May 23, 2025

MURIEL GOODE-TRUFANT
Corporation Counsel of the
  City of New York
*Attorney for Defendant City of New York*
100 Church Street,
New York, New York 10007
(212) 356-2657

By:     /s/ *Joseph Zangrilli*
        Joseph Zangrilli
        *Senior Counsel*
        Special Federal Litigation

Cc:     **VIA FIRST-CLASS MAIL**
        Robert Lee Murray
        B&C: 9902300038
        George R. Vierno Center
        09-09 Hazen St.
        East Elmhurst, NY 11370
        *Plaintiff Pro Se*