# **CERTIFICATION**

      In accordance with Local Civil Rule 7.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I hereby certify that the total number of words in the foregoing Memorandum of Law, inclusive of point headings and footnotes, is 2,564. I have relied on the word count function of Microsoft Word to prepare this certification.

Dated:      New York, NY
               May 23, 2025

                                            MURIEL GOODE-TRUFANT
                                            Corporation Counsel of the City of New York
                                            *Attorney for Defendant City of New York*
                                            100 Church Street
                                            New York, NY 10007
                                            (212) 356-2657
                                            jzangril@law.nyc.gov

                                  By: _____
                                            JOSEPH ZANGRILLI