## CERTIFICATE OF SERVICE BY MAIL

I, Joseph Zangrilli, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on May 23, 2025, I served the following document:

- DEFENDANT'S LETTER DATED MAY 23, 2025

upon Robert Murray, the plaintiff in the matter, Robert Murray v. City of New York, et al., 24 Civ. 4918 (JLR) (OTW) and by depositing a copy of same, enclosed in a certified mail, postpaid, properly addressed envelope in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to the defendant in the address listed below, that being the address provided by NYC Department of Correction staff for service of mail upon the Plaintiff:

Robert Lee Murray
B&C: 9902300038
George R. Vierno Center
09-09 Hazen St.
East Elmhurst, NY 11370

Certified Mail Tracking Number:    7017 3040 0000 9371 5049

Dated:        New York, New York
              May 23, 2025

Respectfully submitted,

_Joseph Zangrilli_ /s/
Joseph Zangrilli
*Senior Counsel*
Special Federal Litigation Division