UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ROBERT LEE MURRAY,

                Plaintiff,                24-CV-4918 (JLR) (OTW)

      -against-                **ORDER**

CITY OF NEW YORK, et al.,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Defendant City of New York's letters at ECF Nos. 54 and 55, wherein the City provides up-to-date Department of Corrections personnel in response to the Court's *Valentin* order. (*See, e.g.*, ECF 14).

Plaintiff is directed to serve each individual listed in the letters at ECF Nos. 54 and 55 within **90 days of the issuance of this order** (September 10, 2025), and file proof of service on the docket**.** Each individual defendant that is served on or before September 10, 2025, is directed to file an answer or otherwise respond to the complaint by **October 1, 2025.**

Defendants are directed to serve a copy of ECF Nos. 54 and 55 and this order on Plaintiff and file proof of service on the docket by **June 16, 2025.**

**SO ORDERED.**

                                                          *s/ Ona T. Wang*

Dated: June 12, 2025                                  **Ona T. Wang**
      New York, New York                    United States Magistrate Judge