**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
ROBERT LEE MURRAY,

                Plaintiff,                  24-CV-4918 (JLR) (OTW)

      -against-                      **ORDER**

CITY OF NEW YORK, et al.,

                Defendants.
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 44, in which Plaintiff Robert Lee Murray requests a stay of this case on the grounds that Defendants' have allegedly denied him access to his wheelchair.

A district court has power to stay proceedings in a suit pending before it. Whether the power should be exercised is a question addressed to sound judicial discretion. *Brendle v. Smith*, 46 F. Supp. 522, 524 (S.D.N.Y. 1942). A motion to stay temporarily halts the Court's proceedings. While Mr. Murray is aggrieved by the denial of wheelchair access, a stay of the proceedings will not allow for the disposition of this case in a timely manner, nor will it affect Mr. Murray's wheelchair access.

Accordingly, Plaintiff's request is **DENIED without prejudice.** Notwithstanding the denial, Defendants are directed to file a response to ECF 44 by **October 8, 2025.** Defendants are directed to serve a copy of this order on Plaintiff and file proof of service on the docket by **September 24,2025.**

The Clerk of the Court is kindly directed to terminate the motion at ECF 44.

**SO ORDERED.**

Dated: September 10, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge