UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ROBERT LEE MURRAY,

                                      Plaintiff,

                                                                **NOTICE OF APPEARANCE**

          -against-

                                                                24 Civ. 4918 (JLR)(OTW)

THE CITY OF NEW YORK, et al.,

                                      Defendants.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that John McLaughlin, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for defendant the City of New York.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

All future notifications should be forwarded to the undersigned.

Dated:    New York, NY
          October 8, 2025

                              MURIEL GOODE-TRUFANT
                              Corporation Counsel of the City of
                                  New York
                              *Attorney for Defendant City*
                              100 Church Street
                              New York, New York 10007
                              P: (212) 356-2670

                              By:   *John McLaughlin* /s/
                                       John McLaughlin
                                       *Assistant Corporation Counsel*

Cc:    **VIA CERTIFIED FIRST CLASS MAIL**
       Robert Murray
       Kirby Forensic Psychiatric Center
       102 Rivers Edge Rd.
       New York, NY 10035
       Ward 3A
       *Plaintiff Pro Se*

       USPS Tracking:     7020 3160 0000 6135 3171