

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 Church Street
NEW YORK, NY 10007

**JOHN MCLAUGHLIN**
Phone: (212) 356-2670
Fax: (212) 356-3509
jmclaugh@law.nyc.gov
*Assistant Corporation Counsel*

October 8, 2025

**BY ECF**
Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: Robert Lee Murray v. City of New York, et al.,
       24 Civ. 4918 (JLR)(OTW)

Your Honor:

   I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney representing the City of New York in the above-referenced matter. I write in response to the Court's Order dated September 10, 2025 (ECF Dkt. 62), directing Defendants to file a response to the portion of Plaintiff's motion to stay (ECF Dkt. 44) concerning alleged wheelchair access denial.

   Plaintiff's motion for stay, dated March 8, 2025, asserts deprivation of wheelchair access while housed at George R. Vierno Center ("GRVC") at Rikers Island. (ECF Dkt. 44). Subsequently, Plaintiff filed a notice of change of address on July 8, 2025, indicating transfer to Manhattan Psychiatric Center. (ECF Dkt. 59). On information and belief, Plaintiff is currently housed at Kirby Forensic Psychiatric Center, a distinct facility sharing the same address. (*See* ECF Dkt. 63 n.1, citing *Murray v. City of New York, et al.*, 21 Civ. 6718 (LJL) (S.D.N.Y.), ECF Dkt. 150 (Aug. 14, 2025)).

   Plaintiff's transfer from GRVC to Kirby Forensic Psychiatric Center renders the wheelchair access claim moot as it pertains to the City. First, Plaintiff has not alleged that he continues to be denied access to a wheelchair at his current location. Second, Kirby Forensic Psychiatric Center operates under the jurisdiction of the New York State Office of Mental Health, not the New York City Department of Correction.[1] The City lacks operational control or administrative authority over Kirby Forensic Psychiatric Center. Consequently, any prospective

---

[1] *See* N.Y. State Office of Mental Health, Kirby Forensic Psychiatric Center, https://omh.ny.gov/omhweb/facilities/krpc/.

relief concerning wheelchair accommodation at Plaintiff's current facility falls outside the City's jurisdictional purview.

        To the extent Plaintiff is aggrieved by alleged past denial of wheelchair access, this case is not the proper vehicle to litigate such issues. *See Wright v. Ernst & Young LLP*, 152 F.3d 169, 178 (2d Cir. 1998) (party may not amend its pleading through statements in motion papers). Furthermore, the undersigned respectfully notes for the Court that Plaintiff is already pursuing parallel litigation on that issue. *See Murray v. City of New York, et al.*, 24 Civ. 6023 (JPO) (GS) (S.D.N.Y.).

        Respectfully Submitted,

        *John McLaughlin /s/*

        John McLaughlin
        Attorney for Defendant City
        *Assistant Corporation Counsel*
        New York City Law Department
        100 Church Street
        New York, NY 10007
        (212) 356-2670
        jmclaugh@law.nyc.gov

Cc:    **VIA CERTIFIED FIRST CLASS MAIL**
       Robert Murray
       Kirby Forensic Psychiatric Center
       102 Rivers Edge Rd.
       New York, NY 10035
       Ward 3A
       *Plaintiff Pro Se*

       USPS Tracking:    7020 3160 0000 6135 3171