**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
ROBERT LEE MURRAY,                                           :
                                                             :
                              Plaintiff,                     :        24-CV-4918 (JLR) (OTW)
                                                             :
              -against-                                      :        **ORDER**
                                                             :
CITY OF NEW YORK, et al.,                                    :
                                                             :
                              Defendants.                    :
-------------------------------------------------------------x

        **ONA T. WANG, United States Magistrate Judge:**

        On May 23, 2025, Defendants filed a Motion to Dismiss (ECF 51) that was served on Plaintiff the same day (ECF 53). Since then, Plaintiff requested a copy of the complaint (ECF 61), and the docket does not reflect whether Plaintiff received it. Accordingly, the Clerk of the Court is respectfully directed to mail a copy of the complaint at ECF 1 to Plaintiff at Manhattan Psychiatric Center, 102 River Edge Rd. Ward 3A, Manhattan, NY, 10035.

        Plaintiff has not yet filed an opposition to the Motion to Dismiss. Plaintiff's time to file an opposition is extended, *nunc pro tunc*, to **November 26, 2025.** If Plaintiff fails to file his opposition to the Motion to Dismiss, the Court may consider the motion unopposed.

        Defendants are directed to serve a copy of this Order and a duplicate copy of the Motion to Dismiss on Plaintiff and file proof of service on the docket by **November 7, 2025.**

        **SO ORDERED.**

                                              _s/ Ona T. Wang_

Dated: November 5, 2025                                  **Ona T. Wang**
       New York, New York                     United States Magistrate Judge