## DECLARATION OF SERVICE BY MAIL

I, John McLaughlin, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on November 6, 2025, I served the following:

- ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO MOTION TO DISMISS (ECF NO. 66);
- NOTICE OF CITY'S MOTION TO DISMISS THE COMPLAINT (ECF NO. 51);
- MEMORANDUM OF LAW IN SUPPORT OF CITY'S MOTION TO DISMISS (ECF NO. 52);
- UNPUBLISHED AUTHORITIES CITED IN CITY'S MEMORANDUM OF LAW;

upon Robert Lee Murray, the plaintiff in the matter, <u>Robert Lee Murray v. City of New York, et al.</u>, 24 Civ. 4918 (JLR)(OTW) by placing a copy of same, enclosed in a properly addressed envelope designated for certified mail, in the designated outgoing mail collection at 100 Church Street for processing, postage application, and delivery to the United States Postal Service, within the State of New York, directed to Plaintiff in the address listed below, that being the address provided by Plaintiff's social worker for that purpose:

> Robert Murray
> Kirby Forensic Psychiatric Center
> 102 Rivers Edge Rd.
> New York, NY 10035
> Ward 3A[1]

Certified Mail Tracking Number:   7017 3040 0000 9371 5131

Dated:   New York, NY
November 6, 2025

Respectfully submitted,

*John McLaughlin* /s/
John McLaughlin
*Assistant Corporation Counsel*
Special Federal Litigation Division

---

[1] This docket lists "Manhattan Psychiatric Center" as Plaintiff's address. On information and belief, Plaintiff's mail should properly be addressed to "Kirby Forensic Psychiatric Center," a separate facility which shares the same address. *See* Letter Addressed to Judge Lewis J. Liman from John McLaughlin, *Murray v. City of New York, et al.*, 21 Civ. 6718 (LJL) (S.D.N.Y.), ECF Dkt. 150 (Aug. 14, 2025) (confirming Plaintiff's address following communications with his assigned social worker).