JAN FEB MAR APR MAY JUN JUL AUG SEPT OCT NOV DEC
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

TO:

Honorable: Judge Ona, T, Wang
JLR OTW

your honor I am writing on behalf of robert Murray AKA leviticus lucifez, case number 24CV4918, he would like an opposition to defendant motion to dismiss, at the time robert is in kirby forensic on wards island, he has no access to law library and he also has a pen restriction

He has been unable to respond to nything because there is ongoing retaliation along with stolen legal work, there is a lot going on the C.O's have done him harm and they have also been to have killed some inmates and robert says he can prove it, they have refused him outside Medical service he suffers with a severe nerve condition he was prescribed a wheelchair yet they confiscated it for no reason, his lawyer has proof of his diagnosis, Along with any paperwork you may need,

If you have to reach him he is currently at kirby forensic located at 1[illegible]2 riversedge Road
WARD 3A
nyc ny 10035,

My name is Cynthia Turnipseed and my number is 646 319 8016 if you need any information concerning robert feel free to call,

thank you
Cynthia Turnipseed

RECEIVED
NOV 17 2025
PRO SE OFFICE

JAN FEB. MAR APR MAY J
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 1

USA FOREVER

NEW YORK NY 100
14 NOV 2025 PM 13

RECEIVED
NOV 17 2025
PRO SE OFFICE

Pro Se office
500 Pearl ST
nyc ny 10007

10007-131699

C. Turnipseed
750 Pelham Pkwys
Apt 4E
Bronx ny 10462

SDNY