## DECLARATION OF SERVICE BY MAIL

I, John McLaughlin, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on November 26, 2025, I served the following:

- ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO MOTION TO DISMISS (ECF NO. 69)

upon Robert Lee Murray, the plaintiff in the matter, <u>Robert Lee Murray v. City of New York, et al.</u>, 24 Civ. 4918 (JLR)(OTW) by depositing a copy of same, enclosed in a first class mail, postpaid, properly addressed envelope in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to the defendant at the addresses listed below, the former being the address designated by defendant for that purpose:[1]

>Robert Murray
>Kirby Forensic Psychiatric Center
>102 Rivers Edge Rd.
>New York, NY 10035
>Ward 3A[2]

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

---

[1] Defendant notes that, while the docket reflects that Plaintiff is housed at Manhattan Psychiatric Center, the New York City Department of Correction's Person in Custody lookup states that he was moved to the West Facility on Rikers Island on November 18, 2025, and assigned a new book and case number.

[2] This docket lists "Manhattan Psychiatric Center" as Plaintiff's address. On information and belief, Plaintiff's mail at such address should properly be addressed to "Kirby Forensic Psychiatric Center," a separate facility which shares the same address. *See* Letter Addressed to Judge Lewis J. Liman from John McLaughlin, *Murray v. City of New York, et al.*, 21 Civ. 6718 (LJL) (S.D.N.Y.), ECF Dkt. 150 (Aug. 14, 2025) (confirming Plaintiff's address following communications with his assigned social worker).

        Robert Lee Murray
        9902500350
        West Facility
        16-06 Hazen Street
        East Elmhurst, NY 11370

Dated:    New York, NY
           December 1, 2025

        Respectfully submitted,

        *John McLaughlin* /s/
        John McLaughlin
        *Assistant Corporation Counsel*
        Special Federal Litigation Division