**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
ROBERT LEE MURRAY,

               Plaintiff,         24-CV-4918 (JLR) (OTW)

      -against-         **ORDER TO SHOW CAUSE**

CITY OF NEW YORK, et al.,

               Defendants.
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

On June 12, 2025, I issued an Order giving Plaintiff 90 days to serve the Department of Corrections personnel identified in response to the Court's *Valentin* order. (ECF 14). This Order as well as responses to the *Valentin* order were served on Plaintiff four days later, and proof of service was filed on the docket. (ECF 57). It appears that, out of an abundance of caution, service was effectuated on three of Plaintiff's last known addresses. *Id.* One week later, on June 23, 2025, the Court received a letter from Plaintiff from one of the addresses used for service, the George R. Vierno Center in East Elmhurst, NY. (ECF 58). Since the issuance of the June 12th Order, Plaintiff, by himself or through a family member, has written in to the Court six times. (*See* ECF Nos. 58, 59, 60, 61, 68, 71).

On July 18, 2025, the Court received a letter from Cynthia Turnipseed on behalf of Plaintiff seeking information on how to serve the Defendants. (ECF 60). On July 25, 2025, in another case before this Court, Plaintiff has received a guide to service from the pro se Office of the Court. (21-cv-6718 (LJL); ECF 143). That Order was served on Plaintiff on July 29, 2025.

So far as the docket reflects, as of the date of this Order, Plaintiff has not served the summons and Complaint on the individual Defendants named in the *Valentin* order. Those addresses were provided on May 23, 2025, and updated on June 12, 2025 as follows[1]:

> Captain Williams, Captain Edemakhiopa, CO McNealy, CO Estevez, CO Derrick Jr., CO Stephens, CO Raymond Munoz, and CO Smith, may be served at **Otis Bantum Correctional Center, 16-00 Hazen Street, East Elmhurst, NY 11370.**
>
> CO Grant may be served at **Eric M. Taylor Center, 10-10 Hazen Street, East Elmhurst, NY 11370.**
>
> Captain Gbenjo, CO Eudes, CO Bonhomme, CO Liriano, CO Lau, and CO Alam, may be served at **North Infirmary Command, 15-00 Hazen Street, East Elmhurst, NY 11370.**
>
> CO Milien may be served at **West Facility, 16-06 Hazen Street, East Elmhurst, NY 11370.**
>
> CO Ortiz may be served at **NYC Department of Correction – Legal Division, 75-20 Astoria Blvd – Suite 305, E. Elmhurst, NY 11370.**

(ECF Nos. 54, 55).

Accordingly, it is hereby **ORDERED** that Plaintiff shall show cause, by submitting a letter to the Court by no later than **January 30, 2026**, as to why Plaintiff has failed to serve the summons and Complaint within the 90 days prescribed by Fed. R. Civ. P. 4(m), or, if Plaintiff believes that Defendant has been served, provide proof of such service and explain when and in what manner service was made. If Plaintiff fails to timely show good cause for why this action should not be dismissed, the undersigned will recommend to Judge Rochon that the action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41.

Defendants are directed to serve a copy of this Order and file proof of service on the docket by **December 19, 2025.**

---

[1] Full names and badge numbers of the identified personnel were provided in the *Valentin* response. (ECF Nos. 54, 55).

**SO ORDERED.**

Dated: December 18, 2025
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge