

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 Church Street
NEW YORK, NY 10007

**JOHN MCLAUGHLIN**
Phone: (212) 356-2670
Fax: (212) 356-3509
jmclaugh@law.nyc.gov
*Assistant Corporation Counsel*

December 26, 2025

**BY ECF**
Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Robert Lee Murray v. The City of New York, et al.,
      24 Civ. 4918 (JLR)(OTW)

Your Honor:

I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York. The City has been dismissed as a defendant, and the undersigned appears on behalf of the Office as an interested party for the limited purpose of effectuating service of the Court's Order.

I write to respectfully submit the enclosed Declaration of Service attesting that this Office served Plaintiff Robert Lee Murray with the Court's December 18, 2025 Order to Show Cause (ECF No. 73). The undersigned apologizes for the delay. The Notice of Electronic Filing directing service and the filing of proof of service was inadvertently overlooked while the undersigned was out of the office on approved leave from December 18, 2025 through December 25, 2025.

As soon as the issue was identified—on the undersigned's first day back in the office, December 26, 2025—this Office served the Order by first-class mail to Plaintiff at both addresses maintained in our case file, including the address provided by Plaintiff on this docket, and now files proof of that service annexed to this letter.

Respectfully Submitted,

*John McLaughlin* /s/

John McLaughlin
*Assistant Corporation Counsel*
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2670
jmclaugh@law.nyc.gov

Cc:  **VIA FIRST CLASS MAIL**
Robert Lee Murray
B&C: 9902300038
Manhattan Psychiatric Center
102 River Edge Rd. Ward 3A
Manhattan, NY 10035
*Plaintiff Pro Se*

ii