## DECLARATION OF SERVICE BY MAIL

I, John McLaughlin, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on December 26, 2025, I served the following:

- ORDER TO SHOW CAUSE DATED DECEMBER 18, 2025 (ECF NO. 73)

upon Robert Lee Murray, the plaintiff in the matter, <u>Robert Lee Murray v. City of New York, et al.</u>, 24 Civ. 4918 (JLR)(OTW) by placing copies of same, enclosed in two properly addressed first class mail envelopes, in the designated outgoing mail collection at 100 Church Street for processing, postage application, and delivery to the United States Postal Service, within the State of New York, directed to Plaintiff in the addresses listed below, the former being the address provided by Plaintiff:[1]

>Robert Murray
>B&C: 9902300038
>Manhattan Psychiatric Center
>102 River Edge Rd. Ward 3A
>Manhattan, NY 10035
>
>Robert Lee Murray
>B&C: 9902500350
>West Facility
>16-06 Hazen Street
>East Elmhurst, NY 11370

Dated:   New York, NY
         December 26, 2025

Respectfully submitted,

*John McLaughlin* /s/
John McLaughlin
*Assistant Corporation Counsel*
Special Federal Litigation Division

---

[1] The undersigned notes that, while the docket reflects that Plaintiff is housed at Manhattan Psychiatric Center, the New York City Department of Correction's Person in Custody lookup states that he was moved to the West Facility on Rikers Island on November 18, 2025, and assigned a new book and case number.