24 CV. 4918

1-23-26

TO: ONA T. WANG, United States magistrate Judge

(SDNY) 500 Pearl Street
N.Y. N.Y 10007

Papers TO Suport my case
Part of my Opction TO
Dismiss

Dear Hon. Judge

Im send you some paper worke

I Should you The on going Harrass-ment

That I have at The hand of
Doc Staff I pray That you Let

my case go Forward

Im look in a cell          Robt murray
23 howers a Day           9 9 0 2 3 0 0 3 5 0

Im not recRECEIVED
MAR - 2 2026
PRO SE OFFICEst E.
Law library                N.Y. 11370

 Outlook

**Report of Sexual Assault/Request for Video Preservation: Robert Murray, B&C; 895-20-00730; NYSID: 06093686K, AMKC**

From Lopez, Ginger <MGLopez@legal-aid.org>

Date Thu 11/19/2020 2:27 PM

To   'sarena.townsend@doc.nyc.gov' <sarena.townsend@doc.nyc.gov>; 'Ruben.Benitez@doc.nyc.gov' <Ruben.Benitez@doc.nyc.gov>

Cc   'Heidi.Grossman@doc.nyc.gov' <Heidi.Grossman@doc.nyc.gov>; 'Brenda.cooke@doc.nyc.gov' <Brenda.cooke@doc.nyc.gov>; 'Tara.Daggett@doc.nyc.gov' <Tara.Daggett@doc.nyc.gov>; 'constituentservices@doc.nyc.gov' <constituentservices@doc.nyc.gov>; 'complaints@boc.nyc.gov' <complaints@boc.nyc.gov>; 'afriedberg@tillidgroup.com' <afriedberg@tillidgroup.com>

I write on behalf of Mr. Robert Murray, 895-20-00730, who reports that he was sexually assaulted by a correction officer on Saturday, November 14th between the hours of 4 and 9A.M., in the AMKC receiving room.

Mr. Murray says before the sexual assault he was having a disagreement with correction officers regarding the distribution of cereal. Mr. Murray says after the disagreement he was then escorted to the receiving room in AMKC and stripped searched. He says then in the presence of a female officer, a male officer put a condom on and told Mr. Murray, "this is what we do to gangsters" and proceeded to sexually assault him.

Mr. Murray says he was taken to Bellevue Hospital where a rape kit was administered and according to Mr. Murray, there was evidence that he had been sexually assaulted. Mr. Murray says he was bleeding through his rectal area and in severe pain for several days.

Mr. Murray says he was interviewed by the Inspector General and provided a statement regarding the sexual assault. Mr. Murray says that there was a camera in the receiving room that captured the assault and he is requesting that the video be preserved for future litigation.

Would you please ensure that all video footage, before, during and after the above reported sexual assault that occurred on Saturday morning, November 14th, in the AMKC receiving room be preserved for possible future litigation?

Please inform me of your actions in response to this request.

Thank you in advance for your attention to this matter.



Mayzabeth Ginger Lopez
Paralegal Casehandler

Prisoners' Rights Project
The Legal Aid Society
199 Water Street 6th Floor
New York, NY 10038
T: (212) 577-3532
F: (646) 219-8989

# NYC Health + Hospitals

**COMPREHENSIVE SEXUAL ASSAULT ASSESSMENT FORM PAGE 4 OF 9**

*PLEASE PRINT CLEARLY*
*Please Indicate Patient Name, Patient Number, Facility Name, and date*

MURRAY, ROBERT
CSN: 49750815
DOB: 2/15/1972 (48 yrs) M
MRN: 1140081
Adm Date: 11/16/2020



## 5. RECOMMENDED DIAGNOSTIC TESTS

Pregnancy Test: Offered: ☐Yes ☐No ☒N/A
Accepted: ☐Yes ☐No ☒N/A

Hepatitis C: Offered: ☒Yes ☐No ☐N/A
Accepted: ☐Yes ☐No ☐N/A  *States will accept all medications*

Hepatitis B Titer
Offered: ☒Yes ☐No ☐N/A    Accepted: ☐Yes ☐No ☐N/A  *States will accept*

Was drug facilitated SA kit utilized? ☐Yes ☒No ☐N/A
Was seperate consent obtained? ☐Yes ☒No ☐N/A

## 6. STI PROPHYLAXIS:

Chlamydia Treatment:      Offered: ☒Yes ☐No ☐N/A      Accepted: ☒Yes ☐No
Gonorrhea Treatment:      Offered: ☒Yes ☐No ☐N/A      Accepted: ☒Yes ☐No
Trichomonas Treatment:    Offered: ☒Yes ☐No ☐N/A      Accepted: ☐Yes ☐No
HB1G (Passive Immunization):   Offered: ☒Yes ☐No ☐N/A      Accepted: ☐Yes ☐No
(Given only if perpetrator is known positive)
Hepatitis B First of Series:   Offered: ☒Yes ☐No ☐N/A      Accepted: ☐Yes ☐No

*States will accept all medication*

## 7. HIV POST-EXPOSURE PROPHYLAXIS

HIV Medications: Offered: ☐Yes ☐No ☒N/A
Declined  Accepted: ☐Yes ☐No ☒N/A
Number of Days of HIV PEP Recommended: _____
Informed about the full 28 Day course of HIV PEP
☐Yes ☐No ☐N/A

## 8. POST-COITAL CONTRACEPTION

Offered: ☐Yes ☐No ☒N/A
Accepted: ☐Yes ☒No ☐N/A

## 9. TETANUS TOXOID: Recommended/Offered

Td: Offered: ☒Yes ☐No ☐N/A
Accepted: ☐Yes ☐No

*States will accept*

## 10. REFERRALS GIVEN BY ED STAFF

☐ S/A Treatment Program   Name of Program: _____ Discharge
☐ Information Package   Date of Referral: _____
☐ GYN Clinic   Date: _____
☐ Virology/ID Clinic   Date: _____
☐ Primary Care Clinic   Date: _____
☐ Other   Date: _____

## 11. COMPLETION OF EXAMINATION BY SAFE

Condition of Patient at Completion of Exam: ☒Stable ☐Other _____
Time of Endorsement: 11:15 HRS   To Whom: Team 3 staff, 14 staff, DOC staff

## 12. PROVIDER'S SIGNATURE

Jennifer Rivas, RN SAFE
PRINT NAME / TITLE

[signature]
SIGNATURE

11/16/2020
DATE

**NOTE: PLACE ALL DOCUMENTATION IN DESIGNATED AREA FOR PROGRAM COORDINATOR**

# NYC Health + Hospitals

**COMPREHENSIVE SEXUAL ASSAULT ASSESSMENT FORM PAGE 4 OF 9**

*PLEASE PRINT CLEARLY*
*Please indicate Patient Name, Patient Number, Facility Name, and date*

MURRAY, ROBERT
CSN: 49750815
DOB: 2/15/1972 (48 yrs) M
MRN: 1140081
Adm Date: 11/16/2020



## 5. RECOMMENDED DIAGNOSTIC TESTS

Pregnancy Test: Offered: ☐Yes ☐No ☒N/A    Hepatitis B Titer
              Accepted: ☐Yes ☐No ☒N/A    Offered: ☒Yes ☐No ☐N/A   Accepted: ☐Yes ☐No ☐N/A
Hepatitis C: Offered: ☐Yes ☐No ☐N/A    *States will accept*
           Accepted: ☐Yes ☐No ☐N/A    Was drug facilitated SA kit utilized? ☐Yes ☒No ☐N/A
           *States will accept all*    Was seperate consent obtained? ☐Yes ☒No ☐N/A
           *Medications*

## 6. STI PROPHYLAXIS:

Chlamydia Treatment:    Offered: ☒Yes ☐No ☐N/A    Accepted: ☒Yes ☐No
Gonorrhea Treatment:    Offered: ☒Yes ☐No ☐N/A    Accepted: ☒Yes ☐No
Trichomonas Treatment:  Offered: ☒Yes ☐No ☐N/A    Accepted: ☐Yes ☐No
HB1G (Passive Immunization):  Offered: ☒Yes ☐No ☐N/A    Accepted: ☒Yes ☐No
(Given only if perpetrator is known positive)
Hepatitis B First of Series:  Offered: ☒Yes ☐No ☐N/A    Accepted: ☐Yes ☐No

*States will accept all medication*

## 7. HIV POST-EXPOSURE PROPHYLAXIS

HIV Medications Offered:  ☐Yes ☐No ☒N/A
*Patient is positive*
Accepted: ☐Yes ☐No ☒N/A
Number of Days of HIV PEP Recommended: _____
Informed about the full 28 Day course of HIV PEP
☐Yes ☐No ☐N/A

## 8. POST-COITAL CONTRACEPTION

Offered: ☐Yes ☐No ☒N/A
Accepted: ☐Yes ☐No ☐N/A

## 9. TETANUS TOXOID: Recommended/Offered

Td:   Offered: ☒Yes ☐No ☐N/A
     Accepted: ☐Yes ☐No
     *States will accept*

## 10. REFERRALS GIVEN BY ED STAFF

☐ S/A Treatment Program   Name of Program: _____
☐ Information Package   Date of Referral: _____
☐ GYN Clinic   Date: _____
☐ Virology/ID Clinic   Date: _____
☐ Primary Care Clinic   Date: _____
☐ Other _____   Date: _____

## 11. COMPLETION OF EXAMINATION BY SAFE

Condition of Patient at Completion of Exam: ☒Stable ☐Other _____

Time of Endorsement: 11:15 HRS   To Whom: Team 3 Staff, 11 Staff, DOC Staff

## 12. PROVIDER'S SIGNATURE

Jennifer Rios, RUSAFE
PRINT NAME / TITLE        SIGNATURE        DATE 11/16/2020

## NOTE: PLACE ALL DOCUMENTATION IN DESIGNATED AREA FOR PROGRAM COORDINATOR

HHC 2341 (March 2020)        **AFTER SCANNING – PLEASE SHRED**

# NYC Health + Hospitals

**COMPREHENSIVE SEXUAL ASSAULT ASSESSMENT FORM PAGE 4 OF 9**

*PLEASE PRINT CLEARLY*
*Please indicate Patient Name, Patient Number,*
*Facility Name, and date*

MURRAY, ROBERT
CSN: 49750815
DOB: 2/15/1972 (48 yrs) M
MRN: 1140081
Adm Date: 11/16/2020



## 5. RECOMMENDED DIAGNOSTIC TESTS

Pregnancy Test: Offered: ☐ Yes ☐ No ☑ N/A      Hepatitis B Titer
Accepted: ☐ Yes ☐ No ☑ N/A      Offered: ☑ Yes ☐ No ☐ N/A   Accepted: ☐ Yes ☐ No ☐ N/A
Hepatitis C: Offered: ☑ Yes ☐ No ☐ N/A      *states will accept*
Accepted: ☐ Yes ☐ No ☐ N/A      Was drug facilitated SA kit utilized? ☐ Yes ☑ No ☐ N/A
*states will accept all*      Was separate consent obtained? ☐ Yes ☑ No ☐ N/A
*medications*

## 6. STI PROPHYLAXIS

| | | | |
|---|---|---|---|
| Chlamydia Treatment: | Offered: ☑ Yes ☐ No ☐ N/A | Accepted: ☑ Yes ☐ No | |
| Gonorrhea Treatment: | Offered: ☑ Yes ☐ No ☐ N/A | Accepted: ☑ Yes ☐ No | *states will* |
| Trichomonas Treatment: | Offered: ☑ Yes ☐ No ☐ N/A | Accepted: ☑ Yes ☐ No | *accept* |
| HB1G (Passive Immunization): | Offered: ☑ Yes ☐ No ☐ N/A | Accepted: ☑ Yes ☐ No | *all* |
| (Given only if perpetrator is known positive) | | | *medication* |
| Hepatitis B First of Series: | Offered: ☑ Yes ☐ No ☐ N/A | Accepted: ☐ Yes ☐ No | |

## 7. HIV POST-EXPOSURE PROPHYLAXIS

HIV Medications: Offered: ☐ Yes ☐ No ☑ N/A
*Patient HIV* Accepted: ☐ Yes ☐ No ☑ N/A
*+*
Number of Days of HIV PEP Recommended: _____
Informed about the full 28 Day course of HIV PEP
☐ Yes ☐ No ☐ N/A

## 8. POST-COITAL CONTRACEPTION

Offered: ☐ Yes ☐ No ☑ N/A
Accepted: ☐ Yes ☐ No ☑ N/A

## 9. TETANUS TOXOID: Recommended/Offered

Td: Offered: ☑ Yes ☐ No ☐ N/A
Accepted: ☐ Yes ☐ No
*states will accept*

## 10. REFERRALS GIVEN BY ED STAFF

☐ S/A Treatment Program   Name of Program:
☐ Information Package   Date of Referral:
☐ GYN Clinic   Date:
☐ Virology/ID Clinic   Date:
☐ Primary Care Clinic   Date:
☐ Other:   Date:

## 11. COMPLETION OF EXAMINATION BY SAFE

Condition of Patient at Completion of Exam: ☑ Stable ☐ Other:

Time of Endorsement: **11:15** HRS   To Whom: **Team 3 Staff, IH Staff, DOC staff**

## 12. PROVIDER'S SIGNATURE

Jennifer Rivas, RN SAFE              11/16/2020
PRINT NAME / TITLE       SIGNATURE       DATE

## NOTE: PLACE ALL DOCUMENTATION IN DESIGNATED AREA FOR PROGRAM COORDINATOR

HHC 2341 (March 2020)      **AFTER SCANNING – PLEASE SHRED**

# NYC Health + Hospitals

**COMPREHENSIVE SEXUAL ASSAULT
ASSESSMENT FORM PAGE 4 OF 9**

*PLEASE PRINT CLEARLY*
*Please Indicate Patient Name, Patient Number,
Facility Name, and date*

MURRAY, ROBERT
CSN: 49750815
DOB: 2/15/1972 (48 yrs) M
MRN: 1140081
Adm Date: 11/16/2020



## 5. RECOMMENDED DIAGNOSTIC TESTS

Pregnancy Test: Offered: ☐ Yes ☐ No ☒ N/A    Hepatitis B Titer
                Accepted: ☐ Yes ☐ No ☒ N/A    Offered: ☒ Yes ☐ No ☐ N/A    Accepted: ☐ Yes ☐ No ☐ N/A
Hepatitis C: Offered: ☒ Yes ☐ No ☐ N/A    *states will accept*
             Accepted: ☐ Yes ☐ No ☐ N/A    Was drug facilitated SA kit utilized? ☐ Yes ☒ No ☐ N/A
             *states will accept all*    Was seperate consent obtained? ☐ Yes ☒ No ☐ N/A
             *medications*

## 6. STI PROPHYLAXIS:

Chlamydia Treatment:                      Offered: ☒ Yes ☐ No ☐ N/A    Accepted: ☒ Yes ☐ No
Gonorrhea Treatment:                      Offered: ☒ Yes ☐ No ☐ N/A    Accepted: ☒ Yes ☐ No    *states will*
Trichomonas Treatment:                    Offered: ☒ Yes ☐ No ☐ N/A    Accepted: ☐ Yes ☐ No    *accept*
HB1G (Passive Immunization):              Offered: ☒ Yes ☐ No ☐ N/A    Accepted: ☒ Yes ☐ No    *all*
(Given only if perpetrator is known positive)                                                 *medication*
Hepatitis B First of Series:              Offered: ☒ Yes ☐ No ☐ N/A    Accepted: ☐ Yes ☐ No

## 7. HIV POST-EXPOSURE PROPHYLAXIS                    ## 8. POST-COITAL CONTRACEPTION

HIV Medications is offered ☐ Yes ☐ No ☐ N/A    Offered: ☐ Yes ☐ No ☐ N/A
*Patient*  Accepted: ☐ Yes ☐ No ☐ N/A           Accepted: ☐ Yes ☐ No ☐ N/A
Number of Days of HIV PEP Recommended: ___
Informed about the full 28-Day course of HIV PEP
☐ Yes ☐ No ☐ N/A

## 9. TETANUS TOXOID: Recommended/Offered    ## 10. REFERRALS GIVEN BY ED STAFF

Td.  Offered: ☒ Yes ☐ No ☐ N/A         ☐ S/A Treatment Program   Name of Program ___ *at Discharge*
     Accepted: ☐ Yes ☐ No              ☐ Information Package      Date of Referral ___
     *States will accept*              ☐ GYN Clinic              Date ___
                                       ☐ Virology/ID Clinic      Date ___
                                       ☐ Primary Care Clinic     Date ___
                                       ☐ Other ___               Date ___

## 11. COMPLETION OF EXAMINATION BY SAFE

Condition of Patient at Completion of Exam: ☒ Stable ☐ Other ___
Time of Endorsement: **11:15** HRS    To Whom: Team 3 Staff, M Staff, DOC Staff

## 12. PROVIDER'S SIGNATURE

Jennifer Rios, RU SAFE         [signature]         11/16/2020
PRINT NAME / TITLE              SIGNATURE           DATE

## NOTE: PLACE ALL DOCUMENTATION IN DESIGNATED AREA FOR PROGRAM COORDINATOR

HHC 2341 (March 2020)          **AFTER SCANNING – PLEASE SHRED**

# NYC Health + Hospitals

**COMPREHENSIVE SEXUAL ASSAULT**
**ASSESSMENT FORM PAGE 1 OF 9**

*PLEASE PRINT CLEARLY*
*Please Indicate Patient Name, Patient Number,*
*Facility Name, and date*

MURRAY, ROBERT
CSN: 49750815
DOB: 2/15/1972 (48 yrs) M
MRN: 1140081
Adm Date: 11/16/2020



Patient Name: **Robert Murray**  ☐ Female  ☐ Male   Date of Birth: **2/15/1972**

Date: **11/16/2020**  Medical Record #: **1140081**

Name of Clinician: **Jennifer Rivas**    SAFE Trained: ☑ Yes  ☐ No

Nurse/P.C.A./Nurse's Aide: **Ms. Marek, RN**

Attending Physician: **Dr. Adams**    Department: ☑ ED  ☐ OBS-GYN

Advocate Contacted: ☑ Yes  ☐ No          ☐ Other

Advocate Present: ☐ Yes  ☑ No

Primary Language if not English: **English**  ☐ Interpreter used   Identify

Person(s) accompanying patient to the E.D.: **DOC Officers**

## PATIENT AUTHORIZATION

I understand that if I consent, an examination for evidence of sexual assault will be conducted. I may withdraw consent at any time for any portion of the examination. I understand that the medical documentation and collection of evidence may include photographing injuries, which may include injuries to the genital and rectal area. A forensic collection kit will be used to gather evidence, such as secretions for DNA testing. I understand that if I consent, such evidence will be released to the police at this time, and that if I do not consent to release such evidence will be preserved at a designated storage facility for a minimum of 20 years.

I consent to:  Physical examination                                    ☑ Yes  ☐ No
  Photographing of injuries                          ☑ Yes  ☐ No
  Collection of evidence                             ☑ Yes  ☐ No
  I received a copy of the Victim's Bill of Rights (VBOR)   ☑ Yes  ☐ No
  Staff explained the VBOR to me                     ☑ Yes  ☐ No
  The Forensic Rape Exam (FRE) form was explained to me  ☑ Yes  ☐ No

Signature of Patient: **Rob. A. Murray**   Date: **11/16/2020**

Signature of Witness:                          Date:

Print Name of Witness:                         Date:

## LOG OF ITEMS TAKEN FROM PATIENT FOR EVIDENCE

1. **Underwear in Brown Bag (long ones)**   4.
2.                                           5.
3.                                           6.

## CHAIN OF CUSTODY

Name of Staff Member Releasing Evidence: **Jennifer Rivas**   Signature: **JRiv**

Name of Person Receiving Evidence: **Pid Zhou**   Signature:

ID# / Shield#: **1583**    Precinct: **NYC HHC HP**

Date: **11/16/2020**    Time: **11:24**

HHC 2341 (March 2020)        **AFTER SCANNING – PLEASE SHRED**

# NYC Health + Hospitals

**COMPREHENSIVE SEXUAL ASSAULT
ASSESSMENT FORM PAGE 3 OF 9**

*PLEASE PRINT CLEARLY*
Please indicate Patient Name, Patient Number,
Facility Name, and date

MURRAY, ROBERT
CSN: 49750815
DOB: 2/15/1972 (48 yrs) M
MRN: 1140081
Adm Date: 11/16/2020



## 3. PHYSICAL EXAMINATION

**General Appearance (physical/emotional):**

48 Year old male Alto x 3 Teary, Talkative, Appropriate Answer
all questions

**General Medical Examination (including lacerations, scratches, abrasions, ecchymosis, etc.)
(use Traumagram on last page as appropriate):**

Noted no injuries, No hemmorhoids, No Bruising or trauma

**Pelvic/Genital/Colposcopic Examination**
**(use Traumagram on last page as appropriate):**

| *FEMALE | Visualization Direct | Colposcopic | | Visualization Direct | Colposcopic |
|---|---|---|---|---|---|
| Labia majora | | | Vagina ☐ | ☐ | ☐ |
| Labia minora | | | Hymen ☐ | ☐ | ☐ |
| Clitoris | | ☐ | Cervix ☐ | ☐ | ☐ |
| Posterior fourchette | | ☐ | Perineum ☐ | ☐ | ☐ |
| Fossa navicularis | | ☐ | Anus ☐ | ☐ | ☐ |
| Periurethral | ☐ | ☐ | Rectum ☐ | ☐ | ☐ |
| Vestibule | ☐ | ☐ | Other ☐ | ☐ | ☐ |

| *MALE | Visualization Direct | Colposcopic | | Visualization Direct | Colposcopic |
|---|---|---|---|---|---|
| Penis | No finding | ☐ | Rectum Small amount of ☑ | ☐ | ☐ |
| Perineum | Dry, feces noted | ☐ | Scrotum Bright Red blood ☑ | ☐ | ☐ |
| Anus | no hemmorhoids ☑ | ☐ | Other ☑ No finding | ☐ | ☐ |

## 4. EXAMINATION TECHNIQUES

| | | | | | | |
|---|---|---|---|---|---|---|
| Direct Visualization | ☑ Yes | ☐ No | Evidence Kit Collected | ☐ Yes | ☑ No | |
| Bimanual Exam | ☐ Yes | ☑ No | Photos Taken | ☐ Yes | ☑ No | How many? 0 |
| Speculum Exam | ☐ Yes | ☑ No | Area(s) of body photographed: | | | |
| Colposcopic Exam | ☑ Yes | ☐ No | | | | |
| Toluidine Blue | ☐ Yes | ☑ No | | | | |
| Wood's Lamp | ☑ Yes | ☐ No | | | | |
| Wet Mount | ☐ Yes | ☑ No | | | | |
| Anoscope | ☑ Yes | ☐ No | | | | |

HHC 2341 (March 2020)          **AFTER SCANNING – PLEASE SH RED**

# NYC Health + Hospitals

**COMPREHENSIVE SEXUAL ASSAULT ASSESSMENT FORM PAGE 2 OF 9**

*PLEASE PRINT CLEARLY*
*Please Indicate Patient Name, Patient Number,*
*Facility Name, and date*

MURRAY, ROBERT
CSN: 49750815
DOB: 2/15/1972 (48 yrs) M
MRN: I140081
Adm Date: 11/16/2020



## 1. PERTINENT PAST MEDICAL HISTORY

Past Medical History: HIV+       Last Tetanus Immunization: Unknown

LMP: N/A

Allergies: NKDA       Hepatitis B Immunization: ☑ Yes ☐ No

Medications: Genvoa

## 2. SEXUAL ASSAULT HISTORY

Time of Initial Contact: 1165 HRS  Date: _____  Start Time of Exam: 1005 HRS  Date: 11/11/2020
Date of Sexual Assault: 11/11 at 1115       Time of Sexual Assault: unsure HRS
Location of Sexual Assault (include exact address if known): C95 (Rikers Island)
Loss of Consciousness: ☐ Yes ☐ No   Physical Restraints used: Body Weight ☐ No
Type of Violations Perpetrated against Patient during Sexual Assault: One

(e.g. by mouth, by penis, by hand, by foreign object, etc.)

| | | | |
|---|---|---|---|
| Breast Contact | ☐ Yes ☑ No | ☐ Unsure | |
| Vaginal Contact | ☐ Yes ☐ No | ☐ Unsure | |
| Anal Contact | ☑ Yes ☐ No | ☐ Unsure | Penis |
| Condom Used | ☑ Yes ☐ No | ☐ Unsure | |
| Use of Foreign Object | ☐ Yes ☑ No | ☐ Unsure | |
| Foam/Jelly/Lubricant | ☐ Yes ☑ No | ☐ Unsure | |
| Weapon Shown | ☑ Yes ☐ No | ☐ Unsure | "Pepper-spray" Threats |
| Oral Contact (offender to patient) | ☐ Yes ☑ No | ☐ Unsure | |
| Oral Contact (patient to offender) | ☐ Yes ☑ No | ☐ Unsure | |
| Suspected use of "Date Rape Drugs" | ☐ Yes ☑ No | ☐ Unsure | |
| Alcohol or Drug Use | ☐ Yes ☑ No | ☐ Unsure | ☐ Patient ☐ Offender ☐ Both |
| Ejaculation Occurred | ☐ Yes ☐ No | ☑ Unsure | |

Other: _____

Brief Narrative of Assault: _____

Actions Before or After Assault _____ As per patient

Has the patient had other sexual intercourse within the last 96 hours?
Consensual ☐ Yes ☑ No  ☐ Unsure  If yes, when _____
Non-Consensual ☑ Yes ☐ No  ☐ Unsure  If yes, when "I was rape by the officer"
After the sexual assault, has the patient:

| | | | |
|---|---|---|---|
| Urinated: ☑ Yes ☐ No | Bathed/Showered: ☐ Yes ☑ No | Changed underwear: ☐ Yes ☐ No | |
| Defecated: ☐ Yes ☐ No | Douched: ☐ Yes ☐ No ☑ N/A | Changed clothes: ☐ Yes ☐ No | |
| Vomited: ☐ Yes ☑ No | Brushed teeth: ☐ Yes ☐ No | Changed sanitary product ☐ Yes ☐ No ☑ N/A | |
| Consumed Food or Liquid: ☑ Yes ☐ No | | | |

Other: _____

HHC 2341 (March 2020)       **AFTER SCANNING – PLEASE SHRED**



# NYC Health + Hospitals

**COMPREHENSIVE SEXUAL ASSAULT
ASSESSMENT FORM PAGE 5 OF 9**

*PLEASE PRINT CLEARLY* ⟶
Please indicate Patient Name, Patient Number,
Facility Name, and date

MURRAY, ROBERT
CSN: 49750815
DOB: 2/15/1972 (48 yrs) M
MRN: 1140081
Adm Date: 11/16/2020



### Traumagram -- Genital



*Female genitalia*

- Mons veneris
- Clitoris
- Vestibule
- Urethral meatus
- Labia majora
- Labia minora
- Vaginal introitus
- Hymen
- Bartholin gland duct orifice
- Fourchette
- Perineum
- Anus

*Cervical observation*

*Anal*

*Male genitalia*

HHC 2341 (March 2020)    **AFTER SCANNING – PLEASE SHRED**

# NYC Health + Hospitals

**COMPREHENSIVE SEXUAL ASSAULT
ASSESSMENT FORM PAGE 5 OF 9**

*PLEASE PRINT CLEARLY* ———————➤
*Please Indicate Patient Name, Patient Number,
Facility Name, and date*

MURRAY, ROBERT
CSN: 49750815
DOB: 2/15/1972 (48 yrs) M
MRN: 1140081
Adm Date: 11/16/2020



Traumagram -- Genital



*Female genitalia*

Mons veneris
Clitoris
Vestibule
Urethral meatus
Labia majora
Labia minora
Vaginal introitus
Hymen
Bartholin gland
duct orifice
Fourchette
Perineum
Anus

*Cervical observation*

*Anal*

Small amount
of blood

Dry
Feces

*Male genitalia*

No
findings

HHC 2341 (March 2020)          **AFTER SCANNING – PLEASE SHRED**

 Outlook

**Request for and Investigation Video Preservation: Robert Murray, B&C; 895-20-00730; NYSID: 06093686K, AMKC**

**From** Lopez, Ginger <MGLopez@legal-aid.org>
**Date** Tue 12/15/2020 1:15 PM
**To** 'sarena.townsend@doc.nyc.gov' <sarena.townsend@doc.nyc.gov>; 'Ruben.Benitez@doc.nyc.gov'
<Ruben.Benitez@doc.nyc.gov>; 'Heidi.Grossman@doc.nyc.gov' <Heidi.Grossman@doc.nyc.gov>;
'Brenda.cooke@doc.nyc.gov' <Brenda.cooke@doc.nyc.gov>; 'Tara.Daggett@doc.nyc.gov'
<Tara.Daggett@doc.nyc.gov>; 'constituentservices@doc.nyc.gov' <constituentservices@doc.nyc.gov>;
'complaints@boc.nyc.gov' <complaints@boc.nyc.gov>; 'afriedberg@tillidgroup.com'
<afriedberg@tillidgroup.com>
**Cc** Werlwas, Mary Lynne <MLWerlwas@legal-aid.org>; Lopez, Ginger <MGLopez@legal-aid.org>; Vela, Veronica
<VVela@legal-aid.org>; McCarthy, Julia <JMcCarthy@legal-aid.org>; Simpson, Kayla <KSimpson@legal-
aid.org>; Quackenbush, Robert <RQuackenbush@legal-aid.org>; Pinero, Jade <JPinero@legal-aid.org>;
Joseph, Jennifer <JJoseph@legal-aid.org>; Demere, Nora <NDemere@legal-aid.org>; Gebreselassie, Sophie
<SGebreselassie@legal-aid.org>; Billingsley, David <DBillingsley@legal-aid.org>; Rodriguez, Emil
<EDRodriguez@legal-aid.org>; Lomax, Niasia <NLomax@legal-aid.org>; Lomax, Kalah <KLomax@legal-
aid.org>

I write on behalf of Mr. Robert Murray, 895-20-00730, who reports that on December 3rd at around 4 PM, he was assaulted by an individual in his housing area, AMKC, Quad Lower 7 and sustained a fractured jaw. Mr. Murray also reports that he was assaulted by DOC staff on December 6th between 4PM and 5PM in the corridor of AMKC, Quad Lower 5. Mr. Murray is requesting an investigation and video preservation of the assaults.

Mr. Murray says that on December 3rd his assailant came from the gallery area into the dayroom and assaulted him. Mr. Murray says he was without medical treatment for five days until taken to Bellevue Hospital on December 8th where x-rays reportedly revealed that he had sustained a fractured jaw requiring wiring and surgery.

Further, Mr. Murray reports that on December 6th when transferred to Quad Lower 5 in AMKC, DOC staff without provocation sprayed him in the face with a chemical agent. Mr. Murray believes that the entire contents of the chemical agent were sprayed on to his face.

Would you please ensure that DOC staff interviews Mr. Murray as soon as possible concerning the December 3rd and December 6th assaults and the delay to get him medical treatment?

Please also ensure that all video footage before, during and after the above reported assaults on December 3rd and December 6th are preserved for possible future litigation.

Finally, please inform me of your actions in response to this request.

Thank you in advance for your attention to this matter.



Mayzabeth Ginger Lopez
Paralegal Casehandler

Prisoners' Rights Project
The Legal Aid Society
199 Water Street 6th Floor
New York, NY 10038
**T**: (212) 577-3532
**F**: (646) 219-8989

 Outlook

---

**URGENT Safety Concerns/ Transfer and ID Request: Robert Murray, B&C: 9502200004, NYSID: 06093686K, AMKC Quad 7 Upper**

---

**From** Pacht, Natalie <npacht@legal-aid.org>

**Date** Wed 11/2/2022 11:16 AM

**To** 'DL-IDComplaints@doc.nyc.gov' <DL-IDComplaints@doc.nyc.gov>; 'Ruben.Benitez@doc.nyc.gov' <Ruben.Benitez@doc.nyc.gov>

**Cc** Guillaume, Melissa <melissa.guillaume@doc.nyc.gov>; 'Tara.Daggett@doc.nyc.gov' <Tara.Daggett@doc.nyc.gov>; 'constituentservices@doc.nyc.gov' <constituentservices@doc.nyc.gov>; 'complaints@boc.nyc.gov' <complaints@boc.nyc.gov>; Anna Friedberg <afriedberg@tillidgroup.com>

---

I am writing on behalf of Robert Murray, B&C: 9502200004, who reports that he has been physically assaulted by an incarcerated individual in his housing unit and has very urgent safety concerns. Mr. Murray requests to speak with DOC Investigation Division staff about these incidents and DOC security staff about his options for an urgent safety transfer.

Mr. Murray reports that an incarcerated individual in his housing unit attacked and stomped on him last night, November 1st, between approximately 6pm and 9pm. Mr. Murray tells our office that the individual in custody was encouraged to do so by correctional officers. He reports that while he was on the floor being stomped on, a CO sprayed him with chemical agents. Mr. Murray reports that he feels as though he is in immediate danger and that they will attack him again. He requests to be moved out of his unit for his safety.

**Would you please have DOC Investigation Division Staff and DOC security staff meet with Mr. Murray <u>in a confidential and private manner outside of his housing unit</u> to investigate the reported assault and to discuss his urgent request for a safety transfer out of this unit? Please make certain that Mr. Murray is housed in a unit where he feels safe.**

**Please also preserve any relevant video footage and body camera of the above described incident on November 1st, 2022, between approximately 6pm and 9pm.**

Please inform Mr. Murray **and this office** of the Department's investigative findings and any actions taken to resolve this complaint, including all appropriate disciplinary action against any DOC staff involved in the described incidents.

Thank you in advance for your attention to this matter.

---

Natalie Pacht (she/her)
*Paralegal Casehandler*
**Prisoners' Rights Project**

The Legal Aid Society
199 Water St, 6th Floor
New York, NY 10038
E: npacht@legal-aid.org

C: (646) 584-5215

 Outlook

---

**Urgent Safety Transfer Request: LEVAR MURRAY, 141-21-03326; NYSID: 08452496R, AMKC, 4 Lower**

---

**From** Ginger Lopez <MGLopez@legal-aid.org>

**Date** Mon 11/28/2022 3:01 PM

**To** 'Ruben.Benitez@doc.nyc.gov' <Ruben.Benitez@doc.nyc.gov>; Shirley.Blow@doc.nyc.gov <Shirley.Blow@doc.nyc.gov>

**Cc** 'Paul.Shechtman@doc.nyc.gov' <Paul.Shechtman@doc.nyc.gov>; 'tara.daggett@doc.nyc.gov' <tara.daggett@doc.nyc.gov>; 'constituentservices@doc.nyc.gov' <constituentservices@doc.nyc.gov>; 'complaints@boc.nyc.gov' <complaints@boc.nyc.gov>; 'boccomplaints@boc.nyc.gov' <boccomplaints@boc.nyc.gov>; 'legal.intake@doc.nyc.gov' <legal.intake@doc.nyc.gov>

**Bcc** Mary Lynne Werlwas <MLWerlwas@legal-aid.org>; Veronica Vela <VVela@legal-aid.org>; Ginger Lopez <MGLopez@legal-aid.org>; Kayla Simpson <KSimpson@legal-aid.org>; Robert Quackenbush <RQuackenbush@legal-aid.org>; Nora Demere <NDemere@legal-aid.org>; Sophie Gebreselassie <SGebreselassie@legal-aid.org>; David Billingsley <DBillingsley@legal-aid.org>; Sarah Petrick <spetrick@legal-aid.org>; Zoe Ferguson <zferguson@legal-aid.org>; Natalie Pacht <npacht@legal-aid.org>; Katherine Haas <khaas@legal-aid.org>

I write on behalf of Mr. Levar Murray, 141-21-03326, who reports safety concerns in his current unit in AMKC, 4 Lower. Mr. Murray is requesting to speak with DOC staff regarding a safety transfer.

Mr. Murray was reportedly slashed by individuals last Wednesday, November 23rd in another housing unit. He says he spoke to DOC staff after the assault and subsequently transferred to AMKC, 4 Lower, where he still remains concerned for his safety.

Would you please ensure that Mr. Murray is interviewed as soon as possible by DOC staff in a private and confidential setting concerning his safety concerns in AMKC, 4 Lower?

Please inform Mr. Murray of your actions taken in response to this request.

Thank you in advance for your attention to this matter.



Mayzabeth Ginger Lopez
Paralegal Casehandler

Prisoners' Rights Project
The Legal Aid Society
199 Water Street 6th Floor
New York, NY 10038
**T:** (212) 577-3532
**F:** (646) 219-8989

C: (646) 565-7376
She/her

Outlook

---

**Urgent Request For Mental Health Treatment: ROBERT MURRAY, B&C: 349-21-03473; NYSID: 06093686K, AMKC**

---

**From** Lopez, Ginger <MGLopez@legal-aid.org>

**Date** Thu 3/24/2022 11:22 AM

**To** 'boccomplaints@boc.nyc.gov' <boccomplaints@boc.nyc.gov>; 'CHSPatientRelations@nychhc.org' <CHSPatientRelations@nychhc.org>; 'tumasard@nychhc.org' <tumasard@nychhc.org>; 'agabriel@nychhc.org' <agabriel@nychhc.org>; 'kgorib@nychhc.org' <kgorib@nychhc.org>; 'asolimo@nychhc.org' <asolimo@nychhc.org>; 'ajasmin@nychhc.org' <ajasmin@nychhc.org>; 'barberv@nychhc.org' <barberv@nychhc.org>; 'Cintronl@nychhc.org' <Cintronl@nychhc.org>; 'poggiolr@nychhc.org' <poggiolr@nychhc.org>

**Cc** Werlwas, Mary Lynne <MLWerlwas@legal-aid.org>; Vela, Veronica <VVela@legal-aid.org>; Lopez, Ginger <MGLopez@legal-aid.org>; Simpson, Kayla <KSimpson@legal-aid.org>; Quackenbush, Robert <RQuackenbush@legal-aid.org>; Pinero, Jade <JPinero@legal-aid.org>; Demere, Nora <NDemere@legal-aid.org>; Gebreselassie, Sophie <SGebreselassie@legal-aid.org>; Billingsley, David <DBillingsley@legal-aid.org>; Smith, Alexandra H <ASmith@legal-aid.org>; Petrick, Sarah <spetrick@legal-aid.org>; Evans (e), Riley <revans@legal-aid.org>; Frederick, Robi <rfrederick@legal-aid.org>

I write on behalf of Mr. Robert Murray, 349-21-03473, who is in urgent need of mental health treatment. Mr. Murray is currently housed in cell 14, AMKC, 1 Mod Lower, A side.

Mr. Murray who is reportedly diagnosed with schizophrenia reports that he is experiencing auditory hallucinations. He reports that his entire body and cell is currently covered in feces. Mr. Murray also indicated that he is not receiving his psychiatric medications.

Would you please ensure that Mr. Murray is see as soon as possible by a psychiatrist/mental health staff and provided with all appropriate mental health treatment including his prescribed psychiatric medications?

Please also ensure that Mr. Murray is transferred to a clean appropriate cell setting for his mental health condition.

Please inform Mr. Murray of your actions in response to his treatment needs.

Thank you in advance for your attention to this matter.

**THE
LEGAL AID
SOCIETY**

Mayzabeth Ginger Lopez
Paralegal Casehandler

Prisoners' Rights Project
The Legal Aid Society
199 Water Street 6th Floor
New York, NY 10038

**T**: (212) 577-3532
**F**: (646) 219-8989
C: (646) 565-7376
She/her

1/15/26, 11:07 AM                                     Inbox - Ginger Lopez - Outlook

 Outlook

---

## Medical Request: Robert Murray, B&C: 9502200004, NYSID: 06093686K, AMKC

---

From  Natalie Pacht <npacht@legal-aid.org>

Date  Tue 1/10/2023 10:08 AM

To  'boccomplaints@boc.nyc.gov' <boccomplaints@boc.nyc.gov>; 'CHSPatientRelations@nychhc.org'
<CHSPatientRelations@nychhc.org>; 'tumasard@nychhc.org' <tumasard@nychhc.org>; 'ajasmin@nychhc.org'
<ajasmin@nychhc.org>; 'zrosner@nychhc.org' <zrosner@nychhc.org>; 'narias@nychhc.org'
<narias@nychhc.org>; 'Cintronl@nychhc.org' <Cintronl@nychhc.org>

Cc  Mary Lynne Werlwas <MLWerlwas@legal-aid.org>; Veronica Vela <VVela@legal-aid.org>; Ginger Lopez
<MGLopez@legal-aid.org>; Kayla Simpson <KSimpson@legal-aid.org>; Robert Quackenbush
<RQuackenbush@legal-aid.org>; Nora Demere <NDemere@legal-aid.org>; Sophie Gebreselassie
<SGebreselassie@legal-aid.org>; David Billingsley <DBillingsley@legal-aid.org>; Sarah Petrick
<spetrick@legal-aid.org>; Zoe Ferguson <zferguson@legal-aid.org>; Natalie Pacht <npacht@legal-aid.org>;
Katherine Haas <khaas@legal-aid.org>

I am writing on behalf of Robert Murray, B&C: 9502200004, who requests medical attention for stab wounds
sustained on January 3rd, 2023.

Mr. Murray informs our office that he was physically assaulted on January 3rd and sustained injuries from the
assaults that continue to cause him pain.

**Would you please ensure that Mr. Murray is scheduled to be seen by CHS staff as soon as possible to medical
needs, including providing him with the appropriate treatment and scheduling him for any necessary follow-up
appointments?**

Please inform Mr. Murray of your actions taken in response to this request and your reasons for those actions.

Thank you in advance for your attention to this matter.

---

Natalie Pacht (she/her)
*Paralegal Casehandler*
**Prisoners' Rights Project**

The Legal Aid Society
199 Water St, 6th Floor
New York, NY 10038
E: npacht@legal-aid.org
C: (646) 584-5215

 Outlook

---

**DOC Misconduct Report/ ID Request: Robert Murray, B&C: 9502200004, NYSID: 06093686K, AMKC**

---

**From** Natalie Pacht <npacht@legal-aid.org>
**Date** Tue 1/10/2023 10:15 AM
**To**   'Ruben.Benitez@doc.nyc.gov' <Ruben.Benitez@doc.nyc.gov>
**Cc**   'Paul.Shechtman@doc.nyc.gov' <Paul.Shechtman@doc.nyc.gov>; 'Tara.Daggett@doc.nyc.gov'
         <Tara.Daggett@doc.nyc.gov>; 'constituentservices@doc.nyc.gov' <constituentservices@doc.nyc.gov>;
         'complaints@boc.nyc.gov' <complaints@boc.nyc.gov>; Anna Friedberg <afriedberg@tillidgroup.com>;
         'legal.intake@doc.nyc.gov' <legal.intake@doc.nyc.gov>; 'boccomplaints@boc.nyc.gov'
         <boccomplaints@boc.nyc.gov>

I am writing on behalf of Robert Murray, B&C: 9502200004, who reports that he was assaulted under DOC
supervision on January 3rd, 2023 at between the hours of 12 and 3 pm. Mr. Murray tells our office that his assault
was a result of his reaction to DOC misconduct against another incarcerated individual. As such, he requests to
speak with DOC Investigation Division staff about this reported assault and subsequent disciplinary actions.

Mr. Murray informs our office on January 3rd, approximately between 12 and 3 pm, an incarcerated individual in
his unit was reportedly encouraged by CO Valdez to attack another individual. Mr. Murray explains that when he
saw this attack, he stepped in and said that he believed what was happening was wrong. Mr. Murray went on to
report that the floor officers did not step in to prevent or stop the assault.

Mr. Murray reports that at this time, the same individual with a weapon given to him by CO Valdez stabbed Mr.
Murray 3 times, as directed by CO Valdez. Mr. Murray tells our office that this incident should be on camera, and
as such, requests that the video and body camera footage at this time are preserved.

**Would you please have DOC Investigation Division Staff meet with Mr. Murray <u>in a confidential and private
manner outside of his housing unit </u>to investigate the reported assault and any DOC Misconduct?**

**Please preserve any relevant video footage and body camera footage of the above described incident on
January 3rd, 2023 between approximately 12 pm 3 pm.**

Please inform Mr. Murray **and this office** of the Department's investigative findings and any actions taken to
resolve this complaint, including all appropriate disciplinary action against any DOC staff involved in the described
incidents.

Thank you in advance for your attention to this matter.

---

Natalie Pacht (she/her)
*Paralegal Casehandler*
**Prisoners' Rights Project**

The Legal Aid Society
199 Water St, 6th Floor

Case 1:24-cv-04918-JLR-OTW    Document 77    Filed 03/02/26    Page 31 of 63

New York, NY 10038

E: npacht@legal-aid.org

C: (646) 584-5215

 **Outlook**

---

## ID Request/ Legal Mail Request: Robert Murray, B&C: 9502200004; NYSID: 06093686K, AMKC 4 Upper

---

**From** Natalie Pacht <npacht@legal-aid.org>

**Date** Tue 5/23/2023 10:57 AM

**To**   'Ruben.Benitez@doc.nyc.gov' <Ruben.Benitez@doc.nyc.gov>; 'DL-IDComplaints@doc.nyc.gov' <DL-IDComplaints@doc.nyc.gov>; 'Paul.Shechtman@doc.nyc.gov' <Paul.Shechtman@doc.nyc.gov>; 'Tara.Daggett@doc.nyc.gov' <Tara.Daggett@doc.nyc.gov>; 'constituentservices@doc.nyc.gov' <constituentservices@doc.nyc.gov>; 'complaints@boc.nyc.gov' <complaints@boc.nyc.gov>; Anna Friedberg <afriedberg@tillidgroup.com>; 'legal.intake@doc.nyc.gov' <legal.intake@doc.nyc.gov>

**Cc**   Mary Lynne Werlwas <MLWerlwas@legal-aid.org>; Veronica Vela <VVela@legal-aid.org>; Ginger Lopez <MGLopez@legal-aid.org>; Terence Davidson <TSDavidson@legal-aid.org>; Robert Quackenbush <RQuackenbush@legal-aid.org>; Kayla Simpson <KSimpson@legal-aid.org>; Nora Demere <NDemere@legal-aid.org>; Sophie Gebreselassie <SGebreselassie@legal-aid.org>; Zoe Ferguson <zferguson@legal-aid.org>; Natalie Pacht <npacht@legal-aid.org>; Katherine Haas <khaas@legal-aid.org>; Maria Mirasol <mmirasol@legal-aid.org>; Stefen Short <SShort@legal-aid.org>

---

I am writing on behalf of Robert Murray, B&C: 9502200004, who reports having been subject to a DOC use of force on April 27th that resulted in his transfer. He tells our office that since the incident he has not been able to access his legal documentation, and urgently requests to have it back.

Mr. Murray tells our office that on April 27th at approximately 2 am, DOC staff entered his cell in AMKC 4 Upper Cell 20 and proceeded to spray Mr. Murray with chemical agents and assault him in his cell. Mr. Murray reports that he was transferred after the incident, and then was sent to Bellevue. He tells our office that he is back from the hospital and urgently requests that his legal documentation as well his other property that was in his cell be returned to him as soon as possible.

Mr. Murray additionally requests that the video and body worn camera footage of this incident be preserved.

**Would you please have DOC Investigation Division Staff meet with Mr. Murray <u>in a confidential and private manner outside of his housing unit</u> to investigate this reported use of force and any DOC Misconduct?**

**Would you please also have DOC staff return all legal documentation and property to Mr. Murray as soon as possible?**

Please also preserve any relevant video footage and body camera footage of the above described incident in AMKC 4 Upper 20 Cell on April 27th, 2023 from approximately 2 AM to 3:30 AM.

Please inform Mr. Murray **and this office** of the Department's investigative findings and any actions taken to resolve this complaint, including all appropriate disciplinary action against any DOC staff involved in the described incidents.

Thank you in advance for your attention to this matter.

---

Natalie Pacht (she/her)
*Paralegal Casehandler*

Case 1:24-cv-04918-JLR-OTW     Document 77     Filed 03/02/26     Page 33 of 63

**Prisoners' Rights Project**

The Legal Aid Society
199 Water St, 6th Floor
New York, NY 10038
E: npacht@legal-aid.org

📠 Outlook

---

## Video Preservation Request, Robert Murray, B&C: 9502200004; NYSID: 06093686K, NIC Dorm 3B

---

**From** Natalie Pacht <npacht@legal-aid.org>

**Date** Wed 12/13/2023 2:28 PM

**To** 'constituentservices@doc.nyc.gov' <constituentservices@doc.nyc.gov>; 'boccomplaints@boc.nyc.gov' <boccomplaints@boc.nyc.gov>; 'legal.intake@doc.nyc.gov' <legal.intake@doc.nyc.gov>

**Cc** Mary Lynne Werlwas <MLWerlwas@legal-aid.org>; Veronica Vela <VVela@legal-aid.org>; Ginger Lopez <MGLopez@legal-aid.org>; Kayla Simpson <KSimpson@legal-aid.org>; Robert Quackenbush <RQuackenbush@legal-aid.org>; Sophie Gbreselassie <SGbreselassie@legal-aid.org>; Zoe Ferguson <zferguson@legal-aid.org>; Natalie Pacht <npacht@legal-aid.org>; Katherine Haas <khaas@legal-aid.org>; Maria Mirasol <mmirasol@legal-aid.org>; Stefen Short <SShort@legal-aid.org>; Lauren Stephens-Davidowitz <lstephensdavidowitz@legal-aid.org>

I write on behalf on Mr. Robert Murray, B&C: 9502200004, who is requesting video preservation of the below reported incident that occurred on December 10th between approximately 6 am and 8 am.

Mr. Murray tells our office that at approximately 6 am on December 10th, 2023, he was in the TV room of NIC Dorm 3B when another individual began threatening him. He states that he received a ticket from this incident, but that the ticket says the incident occurred after 8 am. Mr. Murray explains that he is very concerned with this discrepancy, and requests to speak with the appropriate DOC staff about his ticket concerns. He also requests to preserve the video footage between approximately 6 am and 9 am for potential future litigation.

**Would you please have the appropriate DOC staff meet with Mr. Murray <u>immediately in a confidential and private manner outside of his housing unit</u> to investigate these reported concerns regarding his recent ticket?**

**Please also preserve any relevant video footage and body camera footage of the above described incidents in NIC Dorm 3B on December 10th, 2023, between approximately 6 am and 9 am.**

Please inform Mr. Murray **and this office** of the Department's investigative findings and any actions taken to resolve this complaint, including all appropriate disciplinary action against any DOC staff involved in the described incidents.

Thank you in advance for your attention to this matter.



Natalie Pacht (she/her)
*Paralegal Casehandler*
**Prisoners' Rights Project**

The Legal Aid Society
49 Thomas St, 10th Floor
New York, NY 10013

E: npacht@legal-aid.org

 Outlook

**Request For Investigation/Video Footage/ Concerns/ ASSAULT/ DOC Misconduct: : ROBERT MURRAY, B&C:**

From Ginger Lopez <MGLopez@legal-aid.org>

Date Thu 1/12/2023 6:48 PM

To    'Ruben.Benitez@doc.nyc.gov' <Ruben.Benitez@doc.nyc.gov>

Cc    'Paul.Shechtman@doc.nyc.gov' <Paul.Shechtman@doc.nyc.gov>; 'Tara.Daggett@doc.nyc.gov'
      <Tara.Daggett@doc.nyc.gov>; 'constituentservices@doc.nyc.gov' <constituentservices@doc.nyc.gov>;
      'complaints@boc.nyc.gov' <complaints@boc.nyc.gov>; 'afriedberg@tillidgroup.com'
      <afriedberg@tillidgroup.com>; 'legal.intake@doc.nyc.gov' <legal.intake@doc.nyc.gov>

Bcc   Mary Lynne Werlwas <MLWerlwas@legal-aid.org>; Ginger Lopez <MGLopez@legal-aid.org>; Veronica Vela
      <VVela@legal-aid.org>; Kayla Simpson <KSimpson@legal-aid.org>; Robert Quackenbush
      <RQuackenbush@legal-aid.org>; Nora Demere <NDemere@legal-aid.org>; Sophie Gebreselassie
      <SGebreselassie@legal-aid.org>; David Billingsley <DBillingsley@legal-aid.org>; Sarah Petrick
      <spetrick@legal-aid.org>; Natalie Pacht <npacht@legal-aid.org>; Zoe Ferguson <zferguson@legal-aid.org>;
      Katherine Haas <khaas@legal-aid.org>

I write on behalf of Mr. Robert Murray, who reports continued safety concerns and is requesting an investigation and preservation of video footage of an assault that occurred on January 3rd between 12PM and 3PM in his current housing unit GRVC, 17A.

Mr. Murray reports that on January 3rd, he was assaulted by an incarcerated individual in his housing unit who reportedly stabbed him several times in the shoulder. Mr. Murray reports that after the assault he was locked in his cell for several days and denied medical treatment for his injuries. Mr. Murray also reports that he continues to encounter his assailant and is concerned of another physical assault.

Mr. Murray further reports that during the time he was locked in his cell from January 5th thru January 10th, he was reportedly denied meals by Correction Officer Velez.

Would you please have DOC staff interview Mr. Murray as soon as possible in a private and confidential setting outside of his housing unit regarding his safety concerns, lack of meals and the above reported assault on January 3rd, 12-3PM, in GRVC, 17A?

Please also ensure that all video footage, before during and after of the above reported assault are preserved for possible future litigation.

Please also ensure that Mr. Murray is safely housed.

Finally, please inform Mr. Murray and our office of your actions in response to this request.

Thank you in advance for your attention to this matter.

**THE
LEGAL AID
SOCIETY**

Mayzabeth Ginger Lopez
Paralegal Casehandler

Prisoners' Rights Project
The Legal Aid Society
199 Water Street 6th Floor
New York, NY 10038
**T**: (212) 577-3532
**F**: (646) 219-8989
**C**: (646) 565-7376
She/her

 Outlook

---

**Transfer Status to Kirby Forensic Psychiatric Center: ROBERT MURRAY, B&C: 349-21-03473; NYSID: 06093686K, AMKC**

---

**From** Ginger Lopez <MGLopez@legal-aid.org>

**Date** Fri 1/27/2023 2:48 PM

**To**  'boccomplaints@boc.nyc.gov' <boccomplaints@boc.nyc.gov>; 'CHSPatientRelations@nychhc.org' <CHSPatientRelations@nychhc.org>; 'tumasard@nychhc.org' <tumasard@nychhc.org>; 'agabriel@nychhc.org' <agabriel@nychhc.org>; 'kgorib@nychhc.org' <kgorib@nychhc.org>; 'asolimo@nychhc.org' <asolimo@nychhc.org>; 'ajasmin@nychhc.org' <ajasmin@nychhc.org>; 'barberv@nychhc.org' <barberv@nychhc.org>; 'Cintronl@nychhc.org' <Cintronl@nychhc.org>; 'poggiolr@nychhc.org' <poggiolr@nychhc.org>; 'jeanpied@nychhc.org' <jeanpied@nychhc.org>

**Cc**  Mary Lynne Werlwas <MLWerlwas@legal-aid.org>; Veronica Vela <VVela@legal-aid.org>; Ginger Lopez <MGLopez@legal-aid.org>; Kayla Simpson <KSimpson@legal-aid.org>; Robert Quackenbush <RQuackenbush@legal-aid.org>; Nora Demere <NDemere@legal-aid.org>; Sophie Gebreselassie <SGebreselassie@legal-aid.org>; David Billingsley <DBillingsley@legal-aid.org>; Sarah Petrick <spetrick@legal-aid.org>; Zoe Ferguson <zferguson@legal-aid.org>; Natalie Pacht <npacht@legal-aid.org>; Katherine Haas <khaas@legal-aid.org>; Maria Mirasol <mmirasol@legal-aid.org>

---

I write on behalf of Mr. Robert Murray, 349-21-03473, who is urgently inquiring about the possible status of his transfer to Kirby Psychiatric Center.

Mr. Murray reports that he was recently found unfit at a 730 examination and was reportedly informed last week by CHS staff that he would be transferred to Kirby Psychiatric.

Mr. Murray continues to report concerns regarding his safety and mental health treatment at AMKC. He is requesting that CHS staff look into and fast track his potential transfer to Kirby.

Would you please ensure that Mr. Murray is seen by mental health staff concerning his potential transfer to Kirby Psychiatric Center?

Please inform Mr. Murray of your actions in response to his treatment needs and the reasons for those choice actions.

Thank you in advance for your attention to this matter.



Mayzabeth Ginger Lopez
Paralegal Casehandler

Prisoners' Rights Project
The Legal Aid Society

199 Water Street 6th Floor
New York, NY 10038
**T**: (212) 577-3532
**F**: (646) 219-8989
C: (646) 565-7376
She/her

 Outlook

---

**Request to Preserve Video Footage, Robert Murray, B&C: 9502200004; NYSID: 06093686K, AMKC**

---

**From** Ginger Lopez <MGLopez@legal-aid.org>

**Date** Wed 2/8/2023 1:11 PM

**To** 'constituentservices@doc.nyc.gov' <constituentservices@doc.nyc.gov>; 'boccomplaints@boc.nyc.gov' <boccomplaints@boc.nyc.gov>; 'legal.intake@doc.nyc.gov' <legal.intake@doc.nyc.gov>

**Cc** Mary Lynne Werlwas <MLWerlwas@legal-aid.org>; Veronica Vela <VVela@legal-aid.org>; Ginger Lopez <MGLopez@legal-aid.org>; Kayla Simpson <KSimpson@legal-aid.org>; Robert Quackenbush <RQuackenbush@legal-aid.org>; Nora Demere <NDemere@legal-aid.org>; Sophie Gebreselassie <SGebreselassie@legal-aid.org>; David Billingsley <DBillingsley@legal-aid.org>; Zoe Ferguson <zferguson@legal-aid.org>; Natalie Pacht <npacht@legal-aid.org>; Katherine Haas <khaas@legal-aid.org>; Maria Mirasol <mmirasol@legal-aid.org>

I write on behalf on Mr. Robert Murray, 950-22-00004, who is requesting video preservation of an assault by DOC staff that occurred on February 5th, between 5AM-7AM, the corridor of AMKC, 7 Upper.

Mr. Murray reports that on the morning of February 5th, a DOC officer sprayed him with a chemical agent while he was on the floor, without reason or provocation. Mr. Murray says after the incident he was moved to AMKC, 6 Lower where he is currently housed. Mr. Murray says that the officer who sprayed him had harassed him several times in the past when housed previously at AMKC.

Please ensure that all video footage of the above reported assault by DOC staff, on February 5th , in the corridor of AMKC, 7 Upper is preserved for possible future litigation.

Please inform our office of your actions in response to this request.

Thank you in advance for your attention to this matter.

**THE
LEGAL AID
SOCIETY**

Mayzabeth Ginger Lopez (she, her)
Paralegal Casehandler

Prisoners' Rights Project
The Legal Aid Society
199 Water Street 6th Floor
New York, NY 10038
**T**: (212) 577-3532

F: (646) 219-8989
C: (646) 565-7376

Outlook

---

**Report of DOC Misconduct/Request for Video Footage: Robert Murray, B&C: 9502200004; NYSID: 06093686K**

---

**From** Ginger Lopez <MGLopez@legal-aid.org>

**Date** Mon 6/12/2023 1:27 PM

**To** 'Ruben.Benitez@doc.nyc.gov' <Ruben.Benitez@doc.nyc.gov>

**Cc** 'Paul.Shechtman@doc.nyc.gov' <Paul.Shechtman@doc.nyc.gov>; 'Tara.Daggett@doc.nyc.gov' <Tara.Daggett@doc.nyc.gov>; 'constituentservices@doc.nyc.gov' <constituentservices@doc.nyc.gov>; 'complaints@boc.nyc.gov' <complaints@boc.nyc.gov>; Anna Friedberg <afriedberg@tillidgroup.com>; 'legal.intake@doc.nyc.gov' <legal.intake@doc.nyc.gov>

I write on behalf of Mr. Robert Murray, 950-22-00004, who is requesting video footage of an incident that occurred on June 6th, between 5PM and 11PM in AMKC, 6 Lower.

Mr. Murray reports that on June 6th DOC staff sprayed him with chemical agents and left him in a cell for several hours in AMKC, 6 Lower, without access to medical treatment or decontamination of the chemical agents. Mr. Murray says that when DOC staff left the housing unit, ~~and~~ he was subsequently assaulted by individuals in the housing unit who he reports stabbed him in the wrist and hands through the "cell slot" and threw feces at him for several hours.

Would you please ensure that DOC staff investigate as soon as possible Mr. Murray's report of DOC misconduct on June 6th, and take appropriate corrective action?

Please also ensure that all video footage before, during and after the assault are preserved for possible future litigation.

Please inform Mr. Murray and our office of your actions in response to this request.

Thank you in advance for your attention to this matter.

**THE
LEGAL AID
SOCIETY**

Mayzabeth Ginger Lopez (she, her)
Paralegal Casehandler

Prisoners' Rights Project
The Legal Aid Society
199 Water Street 6th Floor
New York, NY 10038
**T**: (212) 577-3532
**F**: (646) 219-8989
**C**: (646) 565-7376

📠 Outlook

---

### Report of UOF/DOC Assault: Robert Murray, B&C: 9502200004; NYSID: 06093686K, NIC

**From** Ginger Lopez <MGLopez@legal-aid.org>
**Date** Fri 5/26/2023 11:20 AM
**To** 'Ruben.Benitez@doc.nyc.gov' <Ruben.Benitez@doc.nyc.gov>
**Cc** 'Paul.Shechtman@doc.nyc.gov' <Paul.Shechtman@doc.nyc.gov>; 'Tara.Daggett@doc.nyc.gov'
<Tara.Daggett@doc.nyc.gov>; 'constituentservices@doc.nyc.gov' <constituentservices@doc.nyc.gov>;
'complaints@boc.nyc.gov' <complaints@boc.nyc.gov>; Anna Friedberg <afriedberg@tillidgroup.com>;
legal.intake@doc.nyc.gov <legal.intake@doc.nyc.gov>
**Bcc** Mary Lynne Werlwas <MLWerlwas@legal-aid.org>; Ginger Lopez <MGLopez@legal-aid.org>; Veronica Vela
<VVela@legal-aid.org>; Kayla Simpson <KSimpson@legal-aid.org>; Robert Quackenbush
<RQuackenbush@legal-aid.org>; Nora Demere <NDemere@legal-aid.org>; Sophie Gebreselassie
<SGebreselassie@legal-aid.org>; Natalie Pacht <npacht@legal-aid.org>; Zoe Ferguson <zferguson@legal-
aid.org>; Katherine Haas <khaas@legal-aid.org>; Maria Mirasol <mmirasol@legal-aid.org>; Stefen Short
<SShort@legal-aid.org>

I write on behalf of Mr. Robert Murray, 9502200004, currently housed in NIC. **Mr. Murray is requesting an investigation and preservation of video footage of assaults and DOC misconduct that occurred April 26th between 2:45 and 4PM in the corridor of AMKC 4 Upper and in West Facility, between April 28th and May 6th .**

Mr. Murray reports that during the midafternoon on April 26th, in AMKC , Quad 4 Upper, DOC staff he was assaulted by DOC staff. He says while he was sitting on the floor, he was struck in the face by the knee of a DOC captain, sprayed in the mouth with chemical spray, handcuffed, kicked and sprayed again in the face. Mr. Murray says that DOC officers "twisted" his wrists while he was handcuffed before being taken to the AMKC intake receiving room where he reportedly remained for 4-5 hours.

On April 27th Mr. Murray reports that he was transported from AMKC intake to VCBC, then transported to Lincoln Hospital where he was treated for injuries. Mr. Murray reports that he was then transferred from Lincoln Hospital to Bellevue Hospital where he received more psychiatric and medical treatment.

Upon release from Bellevue Hospital, Mr. Murray says that he was told he would be taken to West Facility which he contested.  He was assaulted again by DOC staff who punched him in the mouth, handcuffed him and housed
him in West Facility.  Mr. Murray reports he was housed in West Facility from April 28th until May 6th in an unsanitary cell, without running water and an "overflooded toilet filled with feces."

Mr. Murray further reports that while housed in West Facility, he was not fed, and his meal trays were left in the outer cell where he could not access the food or water for several days.

Mr. Murray reports that it wasn't until April 30th that he realized he was not being fed. Mr. Murray says he ultimately became unconscious and awoke in Bellevue Hospital on May 6th.

Mr. Murray reports that between April 26th and May 6th, DOC officers used excessive force causing injuries to his lower back, gashes/swelling of his wrists, and loosened teeth.

Would you please ensure that Mr. Murray's report of excessive force, DOC misconduct involving lack of food , water and unsanitary housing conditions are investigated as soon as possible.

Please also ensure that all video footage from the above-described incidents on April 26th thru May 6th in AMKC, and West Facility are preserved for future litigation.

Finally, please inform Mr. Murray and our office of your actions in response to this request.

Thank you in advance for your attention to this matter.

Mayzabeth Ginger Lopez (she, her)
Paralegal Casehandler

Prisoners' Rights Project
The Legal Aid Society
199 Water Street 6th Floor
New York. NY 10038
**T**: 212-577-3532
**C**: 646-565-7376

1/15/26, 11:03 AM

 Outlook

**Urgent Medical Treatment Concerns/Request for Reasonable Accommodations: Robert Murray, B&C: 9902300038; NYSID: 06093686K, GRVC 15A**

**From** Ginger Lopez <MGLopez@legal-aid.org>

**Date** Tue 11/14/2023 2:30 PM

**To** 'constituentservices@doc.nyc.gov' <constituentservices@doc.nyc.gov>; 'boccomplaints@boc.nyc.gov' <boccomplaints@boc.nyc.gov>; 'Cynthia.Chaplin@doc.nyc.gov' <Cynthia.Chaplin@doc.nyc.gov>; 'legal.intake@doc.nyc.gov' <legal.intake@doc.nyc.gov>

**Cc** Mary Lynne Werlwas <MLWerlwas@legal-aid.org>; Veronica Vela <VVela@legal-aid.org>; Ginger Lopez <MGLopez@legal-aid.org>; Kayla Simpson <KSimpson@legal-aid.org>; Robert Quackenbush <RQuackenbush@legal-aid.org>; 'Nora Demere' <NDemere@legal-aid.org>; Sophie Gebreselassie <SGebreselassie@legal-aid.org>; Zoe Ferguson <zferguson@legal-aid.org>; Natalie Pacht <npacht@legal-aid.org>; Katherine Haas <khaas@legal-aid.org>; Maria Mirasol <mmirasol@legal-aid.org>; Stefen Short <SShort@legal-aid.org>

I write on behalf of Mr. Robert Murray, 9902300038, who reports concerns regarding his medical treatment in GRVC, 15A. Mr. Murray is requesting to speak with CHS staff concerning disability accommodations for a wheelchair.

Mr. Murray reports that on October 24th he was assaulted by DOC staff and incarcerated individuals while housed in GRVC, 15A. Mr. Murray reportedly sustained a fractured nose and injuries to his legs and knee. Mr. Murray also says he was informed by Lincoln Hospital staff that he is also diagnosed with chronic neuropathy and was given a medical note indicating that he would require a wheelchair to help him ambulate. Mr. Murray says he has not yet received a wheelchair and is having extreme difficulties walking without a wheelchair or assistive walking device.

*The August 2018 ADA settlement agreement between DOC and the United States requires, in relevant part, that, "[t]he City shall provide safe and appropriate assistive devices and/or medical equipment, such as wheelchairs, canes, crutches, walkers, trapeze bars prostheses, orthopedic shoes, braces, mattresses, and other medically necessary equipment, as required to meet the needs of inmates with disabilities." (section III. 3., page 10)*

Would you please ensure that Mr. Murray is seen as soon as possible concerning his request for a disability accommodation and that he is also promptly provided with a wheelchair to help him ambulate and, if necessary, please look into a transfer to a medically monitored facility?

*ADA*
*In accordance with the Americans With Disabilities Act, DOC Directive 3802 on Reasonable Accommodations, and HHC policy and procedures, please consider this email as a formal request for reasonable accommodation of Mr. Murray's mobility impairment and needs.*

Thank you in advance for your attention to this matter.



Mayzabeth Ginger Lopez (she, her)
Paralegal Casehandler, Prisoners' Rights Project

Criminal Law Reform
The Legal Aid Society
49 Thomas Street, 10th Floor
New York, NY 10038
**T**: (212) 577-3532
C: (646) 565-7376

 Outlook

---

**URGENT Medical Appointment Request: Steven Murray B&C: 3102400252, NYSID: 02580941J, EMTC**

---

**From** Natalie Pacht <npacht@legal-aid.org>

**Date** Tue 5/14/2024 3:59 PM

**To** 'boccomplaints@boc.nyc.gov' <boccomplaints@boc.nyc.gov>; 'CHSPatientRelations@nychhc.org' <CHSPatientRelations@nychhc.org>; 'tumasard@nychhc.org' <tumasard@nychhc.org>; 'ajasmin@nychhc.org' <ajasmin@nychhc.org>; 'zrosner@nychhc.org' <zrosner@nychhc.org>; 'narias@nychhc.org' <narias@nychhc.org>; 'Cintronl@nychhc.org' <Cintronl@nychhc.org>

**Cc** Mary Lynne Werlwas <MLWerlwas@legal-aid.org>; Veronica Vela <VVela@legal-aid.org>; Ginger Lopez <MGLopez@legal-aid.org>; Kayla Simpson <KSimpson@legal-aid.org>; Robert Quackenbush <RQuackenbush@legal-aid.org>; Sophie Gebreselassie <SGebreselassie@legal-aid.org>; Zoe Ferguson <zferguson@legal-aid.org>; Natalie Pacht <npacht@legal-aid.org>; Katherine Haas <khaas@legal-aid.org>; Maria Mirasol <mmirasol@legal-aid.org>; Stefen Short <SShort@legal-aid.org>; Lauren Stephens-Davidowitz <lstephensdavidowitz@legal-aid.org>; Aliyah Abdelsalam <aabdelsalam@legal-aid.org>

I write on behalf of Mr. Steven Murray B&C: 3102400252, currently housed in EMTC, who reports urgent concerns regarding medical treatment for a hernia.

Mr. Murray reports that he has been experiencing severe pain reportedly related to a hernia near his belly button. Mr. Murray states that he has had this hernia for three years, and was supposed to have surgery on it before he was incarcerated. He reports that the hernia is sticking out of his belly button and he has to hold it with his hand to prevent further pain. Mr. Murray tells our office that the hernia is extremely painful and has gotten to the point that he cannot eat due to the pain. Mr. Murray adds that when he has been to the clinic about his concerns, he has been provided with pain medication that are insufficient. He urgently requests to speak with CHS staff to discuss the possibility of him receiving surgery for his hernia.

**Would you please ensure that Mr. Murray is seen as soon as possible by CHS staff to discuss the ability to receive the surgery for his reported hernia?**

**Please ensure that Mr. Murray's health care is not being compromised and that he is given confirmation of his scheduled appointments.**

Please inform Mr. Murray of your actions taken in response to his treatment needs and the reasons for those actions.

Thank you in advance for your attention to this matter.

**THE LEGAL AID SOCIETY**

Natalie Pacht (she/her)
*Paralegal Casehandler*
**Prisoners' Rights Project**

The Legal Aid Society

49 Thomas St, 10th Floor
New York, NY 10013
E: npacht@legal-aid.org

 Outlook

---

**Report of Lock-In Concerns/Legal Mail Delays/Food Concerns: Robert Murray, B&C: 9502200004; NYSID: 06093686K, WF**

---

From  Natalie Pacht <npacht@legal-aid.org>

Date  Tue 5/21/2024 10:00 AM

To  'Tara.Daggett@doc.nyc.gov' <Tara.Daggett@doc.nyc.gov>; 'constituentservices@doc.nyc.gov'
<constituentservices@doc.nyc.gov>; 'complaints@boc.nyc.gov' <complaints@boc.nyc.gov>; Anna Friedberg
<afriedberg@tillidgroup.com>; 'legal.intake@doc.nyc.gov' <legal.intake@doc.nyc.gov>;
'Ruben.Benitez@doc.nyc.gov' <Ruben.Benitez@doc.nyc.gov>; 'DL-IDComplaints@doc.nyc.gov' <DL-
IDComplaints@doc.nyc.gov>

Cc  Mary Lynne Werlwas <MLWerlwas@legal-aid.org>; Ginger Lopez <MGLopez@legal-aid.org>; Veronica Vela
<VVela@legal-aid.org>; Kayla Simpson <KSimpson@legal-aid.org>; Robert Quackenbush
<RQuackenbush@legal-aid.org>; Sophie Gebreselassie <SGebreselassie@legal-aid.org>; Zoe Ferguson
<zferguson@legal-aid.org>; Natalie Pacht <npacht@legal-aid.org>; Katherine Haas <khaas@legal-aid.org>;
Maria Mirasol <mmirasol@legal-aid.org>; Stefen Short <SShort@legal-aid.org>; Lauren Stephens-Davidowitz
<lstephensdavidowitz@legal-aid.org>; Aliyah Abdelsalam <aabdelsalam@legal-aid.org>

I am writing on behalf of Robert Murray, B&C: 9502200004, who reports being subject to an excessive lock-in and requests to speak with ID staff as soon as possible.

Mr. Murray tells our office that he has been locked in his cell in WF CDU for 23 hours per day since March 2024. He reports that he has not been told why he is still housed in CDU. He is very concerned about his lock-in status and urgently requests to speak with DOC ID staff about his concerns.

He additionally reports that he believes people at WF are "playing" with his food. He does not trust the food he is being provided, as he states it looks as if someone was touching it and contaminating it.

Furthermore, Mr. Murray states that he has been facing concerns regarding his ability to send legal mail. He tells our office that on March 25, 2024 he sent legal mail to federal court, which has not been received. He requests that his legal mail be sent out in a timely manner going forward.

*BOC Minimum Standard § 1-08 (Access to Courts and Legal Services) mandates that "[m]ail between people in custody and attorneys shall not be delayed, read, or interfered with in any manner, except as provided in 40 RCNY § 1-11.*

**Would you please have DOC Investigation Division Staff meet with Mr. Murray _immediately in a confidential and private manner outside of his housing unit_ to investigate this report of excessive use of lock-ins by DOC staff? Would you please also have the appropriate DOC staff speak with Mr. Murray about his reported concerns regarding the food he is being given and his legal mail concerns?**

Lastly, please inform Mr. Murray and this office of the Department's investigative findings and any actions taken to resolve this complaint, including all appropriate disciplinary action against any DOC staff involved in the described incidents.

Thank you in advance for your attention to this matter.

 Outlook

**Report of Lock-In Concerns/Legal Mail Delays/Food Concerns: Robert Murray, B&C: 9502200004; NYSID: 06093686K, WF**

**From** Natalie Pacht <npacht@legal-aid.org>

**Date** Tue 5/21/2024 10:00 AM

**To** 'Tara.Daggett@doc.nyc.gov' <Tara.Daggett@doc.nyc.gov>; 'constituentservices@doc.nyc.gov' <constituentservices@doc.nyc.gov>; 'complaints@boc.nyc.gov' <complaints@boc.nyc.gov>; Anna Friedberg <afriedberg@tillidgroup.com>; 'legal.intake@doc.nyc.gov' <legal.intake@doc.nyc.gov>; 'Ruben.Benitez@doc.nyc.gov' <Ruben.Benitez@doc.nyc.gov>; 'DL-IDComplaints@doc.nyc.gov' <DL-IDComplaints@doc.nyc.gov>

**Cc** Mary Lynne Werlwas <MLWerlwas@legal-aid.org>; Ginger Lopez <MGLopez@legal-aid.org>; Veronica Vela <VVela@legal-aid.org>; Kayla Simpson <KSimpson@legal-aid.org>; Robert Quackenbush <RQuackenbush@legal-aid.org>; Sophie Gebreselassie <SGebreselassie@legal-aid.org>; Zoe Ferguson <zferguson@legal-aid.org>; Natalie Pacht <npacht@legal-aid.org>; Katherine Haas <khaas@legal-aid.org>; Maria Mirasol <mmirasol@legal-aid.org>; Stefen Short <SShort@legal-aid.org>; Lauren Stephens-Davidowitz <lstephensdavidowitz@legal-aid.org>; Aliyah Abdelsalam <aabdelsalam@legal-aid.org>

I am writing on behalf of Robert Murray, B&C: 9502200004, who reports being subject to an excessive lock-in and requests to speak with ID staff as soon as possible.

Mr. Murray tells our office that he has been locked in his cell in WF CDU for 23 hours per day since March 2024. He reports that he has not been told why he is still housed in CDU. He is very concerned about his lock-in status and urgently requests to speak with DOC ID staff about his concerns.

He additionally reports that he believes people at WF are "playing" with his food. He does not trust the food he is being provided, as he states it looks as if someone was touching it and contaminating it.

Furthermore, Mr. Murray states that he has been facing concerns regarding his ability to send legal mail. He tells our office that on March 25, 2024 he sent legal mail to federal court, which has not been received. He requests that his legal mail be sent out in a timely manner going forward.

*BOC Minimum Standard § 1-08 (Access to Courts and Legal Services) mandates that "[m]ail between people in custody and attorneys shall not be delayed, read, or interfered with in any manner, except as provided in 40 RCNY § 1-11.*

**Would you please have DOC Investigation Division Staff meet with Mr. Murray *immediately in a confidential and private manner outside of his housing unit* to investigate this report of excessive use of lock-ins by DOC staff? Would you please also have the appropriate DOC staff speak with Mr. Murray about his reported concerns regarding the food he is being given and his legal mail concerns?**

Lastly, please inform Mr. Murray and this office of the Department's investigative findings and any actions taken to resolve this complaint, including all appropriate disciplinary action against any DOC staff involved in the described incidents.

Thank you in advance for your attention to this matter.



Natalie Pacht (she/her)
*Paralegal Casehandler*
**Prisoners' Rights Project**

The Legal Aid Society
49 Thomas St, 10th Floor
New York, NY 10013
E: npacht@legal-aid.org

 Outlook

---

**DOC Misconduct Report: Robert Murray, B&C: 9902300038, NYSID: 06093686K, WF**

---

**From** Maria Mirasol <mmirasol@legal-aid.org>
**Date** Wed 4/10/2024 10:20 AM
**To** Ruben.Benitez@doc.nyc.gov <Ruben.Benitez@doc.nyc.gov>
**Cc** tara.daggett@doc.nyc.gov <Tara.Daggett@doc.nyc.gov>; Constituent Services
<constituentservices@doc.nyc.gov>; complaints@boc.nyc.gov <complaints@boc.nyc.gov>; Anna Friedberg
<afriedberg@tillidgroup.com>; legal.intake@doc.nyc.gov <legal.intake@doc.nyc.gov>


I write on behalf of Mr. Robert Murray, B&C: 9902300038, who reports instances of DOC misconduct.

Mr. Murray informs our office that DOC staff physically assaulted him outside of his cell, Sprung 9, on or
about April 2, 2024, between 4:00 p.m. and 2:00 a.m. He tells us that the officers had him take his
medications against his will and escorted him to the hospital. He explains that the incident was
distressful as the COs injected him with a syringe to sedate him. Mr. Murray says that despite being in a
wheelchair and complying with their orders to be escorted to the hospital, the COs "took him to a
corner, pulled him to the ground, and bust [his] lip." Mr. Murray explains that he feels severe pain in his
legs as a result of the physical assault. He requests to be seen by the appropriate staff to investigate the
incident.

**Would you please have DOC Investigation Division staff meet with Mr. Murray in a _confidential and_
_private manner outside of his housing unit_ to discuss the reported instances of DOC misconduct in and
outside of WF Sprung 9?**

**Please also preserve any relevant video footage and body camera footage of the above-described
incidents in WF on or about April 2, 2024, between 4:00 p.m. and 2:00 a.m.?**

**Please inform Mr. Murray and this office of the Department's investigative findings and any actions
taken to resolve this complaint, including all appropriate disciplinary action against any DOC staff
involved in the described incidents.**

Thank you in advance for your attention to this matter.

---

Maria Mirasol
Paralegal Casehandler, Prisoners' Rights Project
Criminal Law Reform
The Legal Aid Society
49 Thomas Street, 10th floor
New York, NY 10013
917-581-2719
www.legalaidnyc.org

 Outlook

---

## Medication Access Concerns: Robert Murray, B&C: 9502200004; NYSID: 06093686K, WF

---

**From** Natalie Pacht <npacht@legal-aid.org>

**Date** Fri 3/29/2024 11:46 AM

**To** 'boccomplaints@boc.nyc.gov' <boccomplaints@boc.nyc.gov>; 'CHSPatientRelations@nychhc.org'
<CHSPatientRelations@nychhc.org>; 'tumasard@nychhc.org' <tumasard@nychhc.org>; 'ajasmin@nychhc.org'
<ajasmin@nychhc.org>; 'zrosner@nychhc.org' <zrosner@nychhc.org>; 'narias@nychhc.org'
<narias@nychhc.org>; 'Cintronl@nychhc.org' <Cintronl@nychhc.org>

**Cc** Mary Lynne Werlwas <MLWerlwas@legal-aid.org>; Veronica Vela <VVela@legal-aid.org>; Ginger Lopez
<MGLopez@legal-aid.org>; Kayla Simpson <KSimpson@legal-aid.org>; Robert Quackenbush
<RQuackenbush@legal-aid.org>; Sophie Gebreselassie <SGebreselassie@legal-aid.org>; Zoe Ferguson
<zferguson@legal-aid.org>; Natalie Pacht <npacht@legal-aid.org>; Katherine Haas <khaas@legal-aid.org>;
Maria Mirasol <mmirasol@legal-aid.org>; Stefen Short <SShort@legal-aid.org>; Lauren Stephens-Davidowitz
<lstephensdavidowitz@legal-aid.org>; Aliyah Abdelsalam <aabdelsalam@legal-aid.org>

I write on behalf of Mr. Robert Murray, B&C: 9502200004, who reports concerns regarding his medical
treatment in WF. Mr. Murray is requesting to speak with CHS staff concerning his access to his HIV
medication.

Mr. Murray reports that on March 28th, he was not offered his necessary HIV medication. He states that
he asked the nurses who came to his unit why he was not able to receive his medication, and they did
not provide him with an answer. He urgently requests to speak with CHS about his medication access
concerns, and requests that going forward he be provided with his medication in a timely manner.

**Would you please ensure that Mr. Murray is seen as soon as possible concerning his medication
concerns? Would you please additionally ensure that going forward, Mr. Murray is provided with his
medication in a timely manner?**

Thank you in advance for your attention to this matter.



Natalie Pacht (she/her)
*Paralegal Casehandler*
**Prisoners' Rights Project**

The Legal Aid Society
49 Thomas St, 10th Floor
New York, NY 10013
E: npacht@legal-aid.org

 Outlook

## Housing Transfer Request: Robert Murray, B&C: 9502200004; NYSID: 06093686K, WF

**From** Natalie Pacht <npacht@legal-aid.org>

**Date** Fri 3/15/2024 4:32 PM

**To** 'tara.daggett@doc.nyc.gov' <tara.daggett@doc.nyc.gov>; 'constituentservices@doc.nyc.gov' <constituentservices@doc.nyc.gov>; 'complaints@boc.nyc.gov' <complaints@boc.nyc.gov>; 'boccomplaints@boc.nyc.gov' <boccomplaints@boc.nyc.gov>; 'legal.intake@doc.nyc.gov' <legal.intake@doc.nyc.gov>; 'Ruben.Benitez@doc.nyc.gov' <Ruben.Benitez@doc.nyc.gov>; Shirley.Blow@doc.nyc.gov <Shirley.Blow@doc.nyc.gov>

**Cc** Mary Lynne Werlwas <MLWerlwas@legal-aid.org>; Veronica Vela <VVela@legal-aid.org>; Ginger Lopez <MGLopez@legal-aid.org>; Kayla Simpson <KSimpson@legal-aid.org>; Robert Quackenbush <RQuackenbush@legal-aid.org>; Sophie Gebreselassie <SGebreselassie@legal-aid.org>; Zoe Ferguson <zferguson@legal-aid.org>; Natalie Pacht <npacht@legal-aid.org>; Katherine Haas <khaas@legal-aid.org>; Maria Mirasol <mmirasol@legal-aid.org>; Stefen Short <SShort@legal-aid.org>; Lauren Stephens-Davidowitz <lstephensdavidowitz@legal-aid.org>; Aliyah Abdelsalam <aabdelsalam@legal-aid.org>

I write on behalf of Mr. Robert Murray, B&C: 9502200004, who reports concerns in his housing unit and urgently requests to be transferred to an infirmary dorm unit, or another unit where he will feel safe.

Mr. Murray informs our office that he has urgent safety concerns in his housing area in West Facility. He is worried for his safety while being in a cell setting in a unit with individuals he has had prior altercations with. He states that he is being targeted, and urgently requests to speak with DOC security staff about a potential transfer to a dorm unit in a medically-monitored facility.

**Would you please have DOC security staff speak with Mr. Murray as soon as possible _in a private and confidential setting outside of his housing area_ about his safety concerns and transfer request to a dorm unit in a medically-monitored facility, or another unit where he will be safe?**

**Please ensure that Mr. Murray is housed in a unit at a facility where he will be safe.**

**Lastly, please inform Mr. Murray and this office of the Department's investigative findings and any actions taken to resolve this complaint.**

Thank you in advance for your attention to this matter.



Natalie Pacht (she/her)
*Paralegal Casehandler*
**Prisoners' Rights Project**

The Legal Aid Society
49 Thomas St, 10th Floor

New York, NY 10013
E: npacht@legal-aid.org

 Outlook

**Urgent Medical Treatment/Reasonable Accommodations Wheelchair Request: Robert Murray, B&C: 9902300038; NYSID: 06093686K, GRVC, 13B**

**From** Ginger Lopez <MGLopez@legal-aid.org>

**Date** Tue 3/18/2025 3:31 PM

**To**   'constituentservices@doc.nyc.gov' <constituentservices@doc.nyc.gov>; 'boccomplaints@boc.nyc.gov' <boccomplaints@boc.nyc.gov>; 'Cynthia.Chaplin@doc.nyc.gov' <Cynthia.Chaplin@doc.nyc.gov>; legal.intake@doc.nyc.gov <legal.intake@doc.nyc.gov>; 'boccomplaints@boc.nyc.gov' <boccomplaints@boc.nyc.gov>; 'CHSPatientRelations@nychhc.org' <CHSPatientRelations@nychhc.org>; 'tumasard@nychhc.org' <tumasard@nychhc.org>; 'ajasmin@nychhc.org' <ajasmin@nychhc.org>; 'zrosner@nychhc.org' <zrosner@nychhc.org>; 'narias@nychhc.org' <narias@nychhc.org>; 'Cintronl@nychhc.org' <Cintronl@nychhc.org>

**Cc**   Mary Lynne Werlwas <MLWerlwas@legal-aid.org>; Veronica Vela <VVela@legal-aid.org>; Ginger Lopez <MGLopez@legal-aid.org>; Kayla Simpson <KSimpson@legal-aid.org>; Robert Quackenbush <RQuackenbush@legal-aid.org>; Sophie Gebreselassie <SGebreselassie@legal-aid.org>; Zoe Ferguson <zferguson@legal-aid.org>; Natalie Pacht <npacht@legal-aid.org>; Katherine Haas <khaas@legal-aid.org>; Maria Mirasol <mmirasol@legal-aid.org>; Lauren Stephens-Davidowitz <lstephensdavidowitz@legal-aid.org>; Aliyah Abdelsalam <aabdelsalam@legal-aid.org>; Dori Lewis <DLEWIS@legal-aid.org>; Lauren Nakamura <lnakamura@legal-aid.org>; 'bcc:' <Lara.eshkenazi@usdoj.gov>; 'David.Kennedy2@usdoj.gov' <David.Kennedy2@usdoj.gov>; 'Jeffrey.Powell@usdoj.gov' <Jeffrey.Powell@usdoj.gov>

I write on behalf of Robert Murray, 9902300038, currently housed in GRVC 13B, who requests urgent medical treatment for his swollen leg and reports concerns regarding the confiscation of his wheelchair on February 11th. Mr. Murray requests to be taken to an outside hospital for immediate medical treatment. Please see previous requests for treatment attached below.

Mr. Murray reports that he is in urgent need of medical treatment for the severe nerve damage in his leg that he says has again swelled up "like a balloon." Mr. Murray says his leg is infected and becoming discolored. He also indicated that he is unable to see his ankles. Mr. Murray is concerned that his chronic neuropathy is worsening because of the lack of a wheelchair and the forced pressure on his legs. Mr. Murray says that he has medical notes from Bellevue and Elmhurst Hospitals indicating the need for a wheelchair. However, Mr. Murray has not had a wheelchair since it was confiscated on February 11th.

*The August 2018 ADA settlement agreement between DOC and the United States requires, in relevant part, that, "[t]he City shall provide safe and appropriate assistive devices and/or medical equipment, such as wheelchairs, canes, crutches, walkers, trapeze bars prostheses, orthopedic shoes, braces, mattresses, and other medically necessary equipment, as required to meet the needs of inmates with disabilities." (section III. 3., page 10)*

Would you please ensure that Mr. Murray is seen as soon as possible by CHS staff concerning treatment for his swollen legs?

Please consider immediate medical treatment an outside hospital as requested by Mr. Murray.

...wheelchair to help him ambulate
...ally monitored facility in NIC?

...ce to his treatment needs.

...to BOC Directive 3802 on
...cedures, please consider *this email*
...Mr. Murray's mobility *impairment*

...Sent: Thursday, February 27, 2025 4:40

...hhc.org>;

...org>

...hhc.org>;

...hc.org>

...sner <rosner@nychhc.org>;
...org' <ontoni@nychhc.org>
...nica Vela <VVela@legal-aid.org>;
...ssson@legal-aid.org>; Robert
...assie

...legal-aid.org>; Natalie Pacht
...>; Maria Mirasol
...arsavdowitz@legal-aid.org>;
...C_Eds@legal-aid.org>;

...ors Wheelchair Request: Robert

...used in GRVC 13B, who
...ding the recent confiscation of his

Legal Mail

24 cv 4918

SDNY PRO SE OFFICE
2026 MAR -2 PM 4:00

Robert Murray - Levitirres LLC2
West Fac B.C. 490250050
1800 Hazen St
East Elmhurst NY 11378

To: Pro-Se office
SDNY
500 Pearl Street
New York NY, 10007

USPS