**DECLARATION OF SERVICE BY MAIL**

      I, John McLaughlin, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on March 5, 2026, I served the following:

- REPORT AND RECOMMENDATION DATED MARCH 4, 2026 (ECF NO. 78)

upon Robert Lee Murray, the plaintiff in the matter, <u>Robert Lee Murray v. City of New York, et al.</u>, 24 Civ. 4918 (JLR)(OTW) by placing copies of same, enclosed in properly addressed envelopes designated for certified mail, in the designated outgoing mail collection at 100 Church Street for processing, postage application, and delivery to the United States Postal Service, within the State of New York, directed to Plaintiff at the addresses listed below, the first being the address designated by Plaintiff for that purpose, and the second being Plaintiff's current housing according to the New York City Department of Correction's Person in Custody lookup website:

Robert Lee Murray
990-23-00038
16-00 Hazen Street
East Elmhurst, NY 11370

Certified Mail Tracking Number:    9589 0710 5270 2730 7860 22

Robert Lee Murray
990-25-00350
15-00 Hazen Street
East Elmhurst, NY 11370

Certified Mail Tracking Number:    9589 0710 5270 2730 7860 08

Dated:    New York, NY
          March 5, 2026

                                      Respectfully submitted,

                                      *John McLaughlin* /s/
                                      John McLaughlin
                                      *Assistant Corporation Counsel*
                                      Special Federal Litigation Division