

Wylie Stecklow, Esq.
Carnegie Hall Tower
152 West 57th St, 8th Floor
New York, New York 10019
Phone: (212) 566-8000
Fax: (212) 202-4952
Wylie@wylielaw.com

June 9, 2026

Honorable Judge Jessica G.L. Clarke
Honorable Judge Margaret M. Garnett
Honorable Judge Louis J. Liman
Honorable Judge J. Paul Oetken
Honorable Judge Jennifer L. Rochon
United States District Judges
Southern District of New York
 (VIA ECF)

Re:

| Index | Judge | Case Name |
|---|---|---|
| 24cv3758 | Clarke | *Murray v. City of NY, et al* |
| 23cv458 | Garnett | *Murray v. City of NY, et al* |
| 21cv6718 | Liman | *Robert Lee Murray v. City of New York, et al* |
| 22cv226 | Liman | *Robert Lee Murray v. Department of Law, et al* |
| 22cv638 | Oetken | *Murray v. Pratt* |
| 22cv973 | Oetken | *Murray v. Doe, et al* |
| 24cv6023 | Oetken | *Murray  v. City of NY et al* |
| 25cv4918 | Rochon | *Murray v. City of NY, et al* |

Dear Hon. Judges Clarke, Garnett, Liman, Oetken and Rochon:

The plaintiff in the above-referenced matters has sought to retain the undersigned for the limited purpose of pursuing a global settlement of all of these suits[1]. I am an attorney admitted to practice before this Court, and I respectfully submit this letter alongside the attached Limited Notice of Appearance.

Since being contacted by Mr. Murray, I have engaged in multiple discussions with members of the New York City Law Department, including Assistant Corporation Counsels (ACCs) John McLaughlin and Michael Furtal. Supervising ACC Joseph Zangrilli has recently

---

[1] Certain of these matters have been dismissed without prejudice for failure to pay the filing fee following the denial of *in forma pauperis* status. Because the ongoing settlement discussions encompass all of these related claims, they are all listed and included herein.

assumed management of the defense's settlement efforts. ACC Zangrilli is actively working to obtain the necessary authority to facilitate a global resolution, and we have a call scheduled for the end of this month to review settlement authority. ACC Zangrilli consents to my appearance in these actions for this limited purpose, and to the below request for a referral to a Magistrate Judge.

Accordingly, I respectfully request that the Court approve my Limited Notice of Appearance (See Exhibit A), and authorize it to be filed on each of the dockets referenced above. Given my current caseload and the procedural posture of these individual actions, I am unable to appear as plenary counsel to litigate these cases forward. However, if the Court grants this limited appearance, I will actively facilitate settlement discussions to reach a global resolution.

Because these matters are currently assigned to various Magistrate Judges—including Judges Aaron, Netburn, Stein, Wang, and retired Judge Gorenstein—the parties respectfully suggest that it may be efficient to refer these actions to a single Magistrate Judge for settlement purposes, should judicial supervision become necessary to facilitate a final resolution.  Both parties have previously worked with Judge Netburn, and City counsel has been involved in a similar global settlement discussion before Judge Netburn.  The parties request the referral to Magistrate Netburn for settlement purposes only.

We thank the Court for its time and consideration of this request.


Respectfully submitted,

Wylie M. Stecklow


cc: ACC Joseph Zangrilli