USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 6/12/2026 ___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ROBERT LEE MURRAY,

                                        Plaintiff,                    21-CV-6718 (LJL)

                -against-                                             **ORDER**

CITY OF NEW YORK, et al.,

                                        Defendants.

-------------------------------------------------------------------X

-------------------------------------------------------------------X

ROBERT LEE MURRAY,

                                        Plaintiff,                    22-CV-00226 (LJL)

                -against-

DEPARTMENT OF LAW, et al.,

                                        Defendants.

-------------------------------------------------------------------X

-------------------------------------------------------------------X

ROBERT LEE MURRAY,

                                        Plaintiff,                    22-CV-00638 (JPO)(SN)

                -against-

C.O. PRATT, et al.,

                                        Defendants.

-------------------------------------------------------------------X

-------------------------------------------------------------------X

ROBERT LEE MURRAY,

                              **Plaintiff,**               **22-CV-00973 (JPO)(SN)**

                **-against-**

C.O. JOHN DOE, et al.,

                              **Defendants.**

-------------------------------------------------------------------X

-------------------------------------------------------------------X

ROBERT LEE MURRAY,

                              **Plaintiff,**               **23-CV-00458 (MMG)**

                **-against-**

CITY OF NEW YORK, et al.,

                              **Defendants.**

-------------------------------------------------------------------X

-------------------------------------------------------------------X

ROBERT LEE MURRAY,

                              **Plaintiff,**               **24-CV-03758 (JGLC)(SDA)**

                **-against-**

CITY OF NEW YORK, et al.,

                              **Defendants.**

-------------------------------------------------------------------X

---------------------------------------------------------------X

ROBERT LEE MURRAY,

          **Plaintiff,**　　　　　　　　**24-CV-06023 (JPO)(SN)**

       **-against-**

CITY OF NEW YORK, et al.,

          **Defendants.**

----------------------------------------------------------------X

-----------------------------------------------------------------X

ROBERT LEE MURRAY,

          **Plaintiff,**　　　　　　　　**24-CV-04918 (JLR)**

       **-against-**

CITY OF NEW YORK, et al.,

          **Defendants.**

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiff has retained counsel for the limited purpose of pursuing a global resolution of these actions. In light of Defendants' representation that they may not have the necessary settlement authority until the end of June, the parties are directed to meet and confer and provide mutually agreeable dates in August and September for a global settlement conference. The parties shall submit their proposed dates to Courtroom Deputy Diljah Shaw at Diljah_shaw@nysd.uscourts.gov by June 24, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:　　　June 12, 2026
　　　　　　New York, New York

3