WYLIE STECKLOW PLLC
LAWYERS FOR THE REST OF US.COM

Wylie Stecklow, Esq.
Carnegie Hall Tower
152 West 57th St, 8th Floor
New York, New York 10019
Phone: (212) 566-8000
Fax: (212) 202-4952
Wylie@wylielaw.com

September 17, 2026

Honorable Judge Sarah Netburn
Southern District of New York
(VIA ECF)

Re:

| Index | Judge | Case Name |
|---|---|---|
| 24cv3758 | Clarke | *Murray v. City of NY, et al* |
| 23cv458 | Garnett | *Murray v. City of NY, et al* |
| 21cv6718 | Liman | *Robert Lee Murray v. City of New York, et al* |
| 22cv226 | Liman | *Robert Lee Murray v. Department of Law, et al* |
| 22cv638 | Oetken | *Murray v. Pratt* |
| 22cv973 | Oetken | *Murray v. Doe, et al* |
| 24cv6023 | Oetken | *Murray v. City of NY et al* |
| 24cv4918 | Rochon | *Murray v. City of NY, et al* |

Dear Hon. Judge Netburn:

Please accept this correspondence as an update on the settlement status of the above matters. I can confirm to the Court that the parties have reached an agreement to settle all of the above matters except 22-cv-226 *Murray v Dept of Law* (Hon Liman, J). The parties need additional time to facilitate the execution of settlement papers for all of the cases except 22cv226. On consent, the parties request a forty-five (45) day adjournment before the cases are marked off the calendar. The parties can update the court in three weeks to confirm the status of the settlement.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

Wylie M. Stecklow