USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 10/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ROBERT LEE MURRAY,

Plaintiff,

21-CV-06718 (LJL) (SN)

-against-

**ORDER**

CITY OF NEW YORK, et al.,

Defendants.

------------------------------------------------------------------X

------------------------------------------------------------------X

ROBERT LEE MURRAY,

Plaintiff,

22-CV-00226 (LJL) (SN)

-against-

DEPARTMENT OF LAW, et al.,

Defendants.

------------------------------------------------------------------X

------------------------------------------------------------------X

ROBERT LEE MURRAY,

Plaintiff,

22-CV-00638 (JPO)(SN)

-against-

C.O. PRATT, et al.,

Defendants.

------------------------------------------------------------------X

---------------------------------------------------------------X

**ROBERT LEE MURRAY,**

**Plaintiff,**

**22-CV-00973 (JPO)(SN)**

**-against-**

**C.O. JOHN DOE, et al.,**

**Defendants.**

---------------------------------------------------------------X

---------------------------------------------------------------X

**ROBERT LEE MURRAY,**

**Plaintiff,**

**23-CV-00458 (MMG) (SN)**

**-against-**

**CITY OF NEW YORK, et al.,**

**Defendants.**

---------------------------------------------------------------X

---------------------------------------------------------------X

**ROBERT LEE MURRAY,**

**Plaintiff,**

**24-CV-03758 (JGLC)(SN)**

**-against-**

**CITY OF NEW YORK, et al.,**

**Defendants.**

---------------------------------------------------------------X

**--------------------------------------------------------------X**

**ROBERT LEE MURRAY,**

**Plaintiff,** **24-CV-06023 (JPO)(SN)**

**-against-**

**CITY OF NEW YORK, et al.,**

**Defendants.**

**--------------------------------------------------------------X**

**--------------------------------------------------------------X**

**ROBERT LEE MURRAY,**

**Plaintiff,** **24-CV-04918 (JLR) (SN)**

**-against-**

**CITY OF NEW YORK, et al.,**

**Defendants.**

**--------------------------------------------------------------X**

**SARAH NETBURN, United States Magistrate Judge**:

In only Murray v. City of New York, et al., No. 21-cv-06718, Defendants' counsel filed a letter requesting that the Court schedule a conference to discuss the current status of the eight cases listed on this caption.

A conference is scheduled for Thursday, October 29, at 10:30 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Plaintiff and his limited appearance counsel are expected at this conference. If this date is unavailable for any party, they must contact Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov.

The Clerk of Court is respectfully requested to terminate the motion at ECF No. 173 in Case No. 21-cv-06718.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 19, 2026
New York, New York